CHARTIERS VALLEY SCHOOL DIST ~ 2030 SWALLOW HILL ROAD ~ PITTSBURGH, PA 15220

| Employee ID | Employee Name | | | | | | | | Check Date | D0138577 |
|---|---|---|---|---|---|---|---|---|---|---|
| 2903 | AYRES, FRED III | | | | | | | | 01/15/2020 | |

| Reg Hrs | OT Hrs | Days | Other | Marital | Exempts | | Tot Salary | Tot Hourly | Total Gross |
|---|---|---|---|---|---|---|---|---|---|
| 88.00 | 14.50 | 0.00 | 76.50 | Married | 0 | | 0.00 | 2971.98 | 2971.98 |

| | Gross Pay | Federal Tax | Soc Sec Tax | Medicare Tax | State Tax | Unemp Tax |
|---|---|---|---|---|---|---|
| Pay | 2,971.98 | 244.82 | 179.56 | 41.99 | 88.91 | 1.78 |
| YTD | 2,971.98 | 244.82 | 179.56 | 41.99 | 88.91 | 1.78 |

| | Net Pay | Local Tax | Retirement | Advanced EIC | OPT/LST | Deductions |
|---|---|---|---|---|---|---|
| Pay | 2,066.47 | 28.96 | 222.90 | 0.00 | 2.17 | 94.42 |
| YTD | | 28.96 | 222.90 | 0.00 | 2.17 | 94.42 |

| Direct Deposit Information | NORTHWEST SAVINGS BANK | Checking | 2,066.47 |
|---|---|---|---|

### Voluntary Deductions

| | DE12 | SPAF | HE12 |
|---|---|---|---|
| Pay | 44.78 | 18.64 | 31.00 |
| YTD | 44.78 | 18.64 | 31.00 |

### Wage Detail

| Reg. | OT | Fctr | Rate | Type | Reg. | OT | Fctr | Rate | Type |
|---|---|---|---|---|---|---|---|---|---|
| 76.50 | 0.00 | | 0.25 | RATE DIFFERENTIAL | 0.00 | 9.50 | 1.50 | 26.91 | HOUR |
| 0.00 | 5.00 | 1.50 | 26.84 | HOUR | 88.00 | 0.00 | | 26.91 | HOUR |

### Absence Balances as of 12/31/2019

| | PSSP | SISP | VASP |
|---|---|---|---|
| | H | 440.750 H | 32.000 H |

CHARTIERS VALLEY SCHOOL DIST
2030 SWALLOW HILL ROAD
PITTSBURGH, PA 15220

Direct Deposit Receipt D0138577

Pay Date
01/15/2020

8260

FRED AYRES III
344 CHURCH ST
BRIDGEVILLE PA  15017-1809

CHARTIERS VALLEY SCHOOL DIST    2030 SWALLOW HILL ROAD    PITTSBURGH, PA 15220

| Employee ID | Employee Name | | | | | | | Check Date | D0138092 |
|---|---|---|---|---|---|---|---|---|---|
| 2903 | AYRES, FRED III | | | | | | | 12/30/2019 | |

| Reg Hrs | OT Hrs | Days | Other | Marital | Exempts | | Tot Salary | Tot Hourly | Total Gross |
|---|---|---|---|---|---|---|---|---|---|
| 88.00 | 12.50 | 0.00 | 76.50 | Married | 0 | | 0.00 | 2890.81 | 2890.81 |

| | Gross Pay | Federal Tax | Soc Sec Tax | Medicare Tax | State Tax | Unemp Tax |
|---|---|---|---|---|---|---|
| Pay | 2,890.81 | 236.59 | 174.53 | 40.82 | 86.42 | 1.73 |
| YTD | 75,217.85 | 6329.93 | 4551.92 | 1064.53 | 2253.92 | 45.12 |

| | Net Pay | Local Tax | Retirement | Advanced EIC | OPT/LST | Deductions |
|---|---|---|---|---|---|---|
| Pay | 2,009.24 | 28.15 | 216.81 | 0.00 | 2.09 | 94.43 |
| YTD | | 734.19 | 5628.24 | 0.00 | 52.00 | 2241.45 |

| Direct Deposit Information | | | |
|---|---|---|---|
| | NORTHWEST SAVINGS BANK | Checking | 2,009.24 |

### Voluntary Deductions

| | DE12 | SPAF | HE12 |
|---|---|---|---|
| Pay | 44.79 | 18.64 | 31.00 |
| YTD | 1066.04 | 441.41 | 734.00 |

### Wage Detail

| Reg. | OT Fctr | Rate Type | Reg. | OT Fctr | Rate Type |
|---|---|---|---|---|---|
| 76.50 | 0.00 | 0.25 RATE DIFFERENTIAL | 0.00 | 9.25 1.50 | 26.84 HOUR |
| 88.00 | 0.00 | 26.91 HOUR | 0.00 | 3.25 1.50 | 26.91 HOUR |

### Absence Balances as of 12/15/2019

| PSSP | SISP | VASP |
|---|---|---|
| 8.000 H | 442.750 H | 40.000 H |

CHARTIERS VALLEY SCHOOL DIST
2030 SWALLOW HILL ROAD
PITTSBURGH, PA 15220

*Direct Deposit Receipt* **D0138092**

Pay Date
12/30/2019

8260

FRED AYRES III
344 CHURCH ST
BRIDGEVILLE PA  15017-1809

| Employee ID | Employee Name | | | | | | | | Check Date | D0137612 |
|---|---|---|---|---|---|---|---|---|---|---|
| 2903 | AYRES, FRED III | | | | | | | | 12/13/2019 | |

| Reg Hrs | OT Hrs | Days | Other | Marital | Exempts | | Tot Salary | Tot Hourly | Total Gross |
|---|---|---|---|---|---|---|---|---|---|
| 80.00 | 6.25 | 0.00 | 70.25 | Married | 0 | | 0.00 | 2421.99 | 2421.99 |

| | Gross Pay | Federal Tax | Soc Sec Tax | Medicare Tax | State Tax | Unemp Tax |
|---|---|---|---|---|---|---|
| Pay | 2,421.99 | 184.55 | 145.47 | 34.02 | 72.03 | 1.45 |
| YTD | 72,327.04 | 6093.34 | 4377.39 | 1023.71 | 2167.50 | 43.39 |

| | Net Pay | Local Tax | Retirement | Advanced EIC | OPT/LST | Deductions |
|---|---|---|---|---|---|---|
| Pay | 1,682.77 | 23.46 | 181.65 | 0.00 | 2.17 | 94.42 |
| YTD | | 706.04 | 5411.43 | 0.00 | 49.91 | 2147.02 |

| Direct Deposit Information | NORTHWEST SAVINGS BANK | Checking | 1,682.77 |
|---|---|---|---|

**Voluntary Deductions**

| | DE12 | SPAF | HE12 |
|---|---|---|---|
| Pay | 44.78 | 18.64 | 31.00 |
| YTD | 1021.25 | 422.77 | 703.00 |

**Wage Detail**

| Reg. | OT | Fctr | Rate | Type | Reg. | OT | Fctr | Rate | Type |
|---|---|---|---|---|---|---|---|---|---|
| 70.25 | 0.00 | | 0.25 | RATE DIFFERENTIAL | 80.00 | 0.00 | | 26.91 | HOUR |
| 0.00 | 6.25 | 1.50 | 26.84 | HOUR | | | | | |

**Absence Balances as of 11/30/2019**

| PSSP | SISP | VASP |
|---|---|---|
| 8.000 H | 442.750 H | 40.000 H |

CHARTIERS VALLEY SCHOOL DIST
2030 SWALLOW HILL ROAD
PITTSBURGH, PA 15220

*Direct Deposit Receipt* D0137612

Pay Date
12/13/2019

8260

FRED AYRES III
344 CHURCH ST
BRIDGEVILLE PA  15017-1809

| Employee ID | Employee Name | | | | | | | | Check Date | D0137127 |
|---|---|---|---|---|---|---|---|---|---|---|
| 2903 | AYRES, FRED III | | | | | | | | 11/27/2019 | |

| | Reg Hrs | OT Hrs | Days | Other | Marital | Exempts | | Tot Salary | Tot Hourly | Total Gross |
|---|---|---|---|---|---|---|---|---|---|---|
| | 88.00 | 25.75 | 0.00 | 113.75 | Married | 0 | | 0.00 | 3434.64 | 3434.64 |

| | Gross Pay | Federal Tax | Soc Sec Tax | Medicare Tax | State Tax | Unemp Tax |
|---|---|---|---|---|---|---|
| Pay | 3,434.64 | 296.95 | 208.25 | 48.70 | 103.12 | 2.06 |
| YTD | 69,905.05 | 5908.79 | 4231.92 | 989.69 | 2095.47 | 41.94 |

| | Net Pay | Local Tax | Retirement | Advanced EIC | OPT/LST | Deductions |
|---|---|---|---|---|---|---|
| Pay | 2,387.77 | 33.59 | 257.60 | 0.00 | 2.17 | 94.43 |
| YTD | | 682.58 | 5229.78 | 0.00 | 47.74 | 2052.60 |

Direct Deposit Information    NORTHWEST SAVINGS BANK    Checking    2,387.77

### Voluntary Deductions

| | DE12 | SPAF | HE12 |
|---|---|---|---|
| Pay | 44.79 | 18.64 | 31.00 |
| YTD | 976.47 | 404.13 | 672.00 |

### Wage Detail

| Reg. | OT | Fctr | Rate | Type | Reg. | OT | Fctr | Rate | Type |
|---|---|---|---|---|---|---|---|---|---|
| 0.00 | 12.25 | 1.50 | 26.84 | HOUR | 113.75 | 0.00 | | 0.25 | RATE DIFFERENTIAL |
| 88.00 | 0.00 | | 26.91 | HOUR | 0.00 | 13.50 | 1.50 | 26.91 | HOUR |

### Absence Balances as of 11/15/2019

| | PSSP | SISP | VASP |
|---|---|---|---|
| | 16.000 H | 442.750 H | 40.000 H |

CHARTIERS VALLEY SCHOOL DIST
2030 SWALLOW HILL ROAD
PITTSBURGH, PA 15220

Direct Deposit Receipt **D0137127**

Pay Date
11/27/2019

8260

FRED AYRES III
344 CHURCH ST
BRIDGEVILLE PA  15017-1809

CHARTIERS VALLEY SCHOOL DIST • 2030 SWALLOW HILL ROAD • PITTSBURGH, PA 15220

| Employee ID | Employee Name | | | | | | | | Check Date | D0136632 |
|---|---|---|---|---|---|---|---|---|---|---|
| 2903 | AYRES, FRED III | | | | | | | | 11/15/2019 | |

| Reg Hrs | OT Hrs | Days | Other | Marital | Exempts | | Tot Salary | Tot Hourly | Total Gross |
|---|---|---|---|---|---|---|---|---|---|
| 96.00 | 29.00 | 0.00 | 120.00 | Married | 0 | | 0.00 | 3781.43 | 3781.43 |

| | Gross Pay | Federal Tax | Soc Sec Tax | Medicare Tax | State Tax | Unemp Tax |
|---|---|---|---|---|---|---|
| Pay | 3,781.43 | 335.44 | 229.75 | 53.73 | 113.76 | 2.27 |
| YTD | 66,470.41 | 5611.84 | 4023.67 | 940.99 | 1992.35 | 39.88 |

| | Net Pay | Local Tax | Retirement | Advanced EIC | OPT/LST | Deductions |
|---|---|---|---|---|---|---|
| Pay | 2,629.22 | 37.06 | 283.61 | 0.00 | 2.17 | 94.42 |
| YTD | | 648.99 | 4972.18 | 0.00 | 45.57 | 1958.17 |

| Direct Deposit Information | | | |
|---|---|---|---|
| NORTHWEST SAVINGS BANK | Checking | 2,629.22 | |

### Voluntary Deductions

| | DE12 | SPAF | HE12 |
|---|---|---|---|
| Pay | 44.78 | 18.64 | 31.00 |
| YTD | 931.68 | 385.49 | 641.00 |

### Wage Detail

| Reg. | OT | Fctr | Rate | Type | Reg. | OT | Fctr | Rate | Type |
|---|---|---|---|---|---|---|---|---|---|
| 0.00 | 24.00 | 1.50 | 26.84 | HOUR | 120.00 | 0.00 | | 0.25 | RATE DIFFERENTIAL |
| 0.00 | 5.00 | 1.50 | 26.91 | HOUR | 96.00 | 0.00 | | 26.91 | HOUR |

### Absence Balances as of 10/31/2019

| PSSP | SISP | VASP |
|---|---|---|
| 16.000 H | 442.750 H | 48.000 H |

CHARTIERS VALLEY SCHOOL DIST
2030 SWALLOW HILL ROAD
PITTSBURGH, PA 15220

*Direct Deposit Receipt* **D0136632**

Pay Date
11/15/2019

8260

FRED AYRES III
344 CHURCH ST
BRIDGEVILLE PA  15017-1809