## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA
## PITTSBURGH DIVISION

IN RE:                                    CASE NO.: 20-20296-CMB
                                          CHAPTER 13
Fred Ayres, III,

   Debtor.
_____/

### REQUEST FOR SERVICE

PLEASE TAKE NOTICE THAT the undersigned counsel hereby appears on behalf of NEW RESIDENTIAL MORTGAGE LOAN TRUST 2017-3 ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID & CRANE LLC**
**10700 ABBOTT'S BRIDGE ROAD, SUITE 170,**
**DULUTH, GA 30097**

Robertson, Anschutz, Schneid & Crane LLC
Attorney for Secured Creditor
10700 Abbott's Bridge Road, Suite 170,
Duluth, GA 30097
Telephone: 470-321-7112

By: /s/Sindi Mncina
    Sindi Mncina
    Email: smncina@rascrane.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 28, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Fred Ayres, III
344 Church Street
Bridgeville, PA 15017

And via electronic mail to:

Brian C. Thompson
Thompson Law Group, P.C.
125 Warrendale-Bayne Road
Suite 200
Warrendale, PA 15086

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

        Robertson, Anschutz, Schneid & Crane LLC
        Attorney for Secured Creditor
        10700 Abbott's Bridge Road, Suite 170,
        Duluth, GA 30097
        Telephone: 470-321-7112

        By: /s/Sindi Mncina
        Sindi Mncina
        Email: smncina@rascrane.com