**Form RSC**

# United States Bankruptcy Court

### WESTERN DISTRICT OF PENNSYLVANIA

**RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 20−20296−CMB**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Fred Ayres III
   344 Church Street
   Bridgeville, PA 15017

Social Security No.:
   xxx−xx−3183

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Brian C. Thompson<br>Thompson Law Group, P.C.<br>125 Warrendale Bayne Road<br>Suite 200<br>Warrendale, PA 15086<br>Telephone number: 724−799−8404 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number: 412−471−5566 |
| DATE/TIME/LOCATION OF MEETING OF CREDITORS<br>June 1, 2020<br>01:00 PM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 | CONFIRMATION HEARING DATE/TIME/LOC<br>June 1, 2020<br>01:00 PM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 |

**MEETING RESCHEDULED DUE TO COVID−19. ALL OTHER DEADLINES FROM PRIOR NOTICE REMAIN THE SAME.**

Dated: 3/25/20

BY THE COURT

Carlota M. Bohm
Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                   Case No. 20-20296-CMB
Fred Ayres, III                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: lfin              Page 1 of 2               Date Rcvd: Mar 25, 2020
                             Form ID: rscCOVID       Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2020.
```
db         +Fred Ayres, III,    344 Church Street,    Bridgeville, PA 15017-1809
cr         +New Residential Mortgage Loan Trust 2017-3,    Robertson, Anschutz, Schneid & Crane LLC,
             10700 Abbotts Bridge Road, Suite 170,    Duluth, GA 30097-8461
cr         +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
             Pittsburgh, PA 15233-1828
15189921   +Allegheny Health Network,    PO Box 645266,    Pittsburgh, PA 15264-5250
15189922   +Bridgeville Borough,    425 Bower Hill road,    Bridgeville, PA 15017-2379
15198068  ++CITIZENS BANK N A,    ATTN BANKRUPTCY TEAM,    ONE CITIZENS BANK WAY,    JCA115,
             JOHNSTON RI 02919-1922
            (address filed with court: Citizens Bank N.A,    One Citizens Bank Way,    JCA115,
             Johnston, Rhode Island 02919)
15189923   +Chartier Valley School District,    2030 Swallow Hill Road,    Pittsburgh, PA 15220-1699
15189924   +Citizens Auto Finance,    480 Jefferson Blvd.,    Warwick, RI 02886-1359
15189926   +Mr. Cooper,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
15189927   +New Residential Mortgage,    Loan Trust 2017-3,    c/o PHH Mortgage Corporation,
             One Mortgage Way,    Mount Laurel, NJ 08054-4637
15208216   +Northwest Bank,    P.O. Box 337,    Warren, PA 16365-0337
15189928   +Northwest Bank,    PO Box 1793,    Warren, PA 16365-6793
15189929   +PHH Mortgage,    PO Box 5459,    Mount Laurel, NJ 08054-5459
15189930   +Robert Crawley, Esquire,    RAS Citron, LLC,    133 Gaither Drive, Suite F,
             Mount Laurel, NJ 08054-1710
15189932   +Select Portfolio Servicing,    1123 Parkview Drive,    Covina, CA 91724-3748
15189933   +South Fayette SD and Township,    515 Millers Run Road,    Morgan, PA 15064-9726
15189935   +Visa,    PO Box 6818,    Carol Stream, IL 60197-6818
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 26 2020 04:53:29     Pennsylvania Dept. of Revenue,
             Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
             Harrisburg, PA  17128-0946
15198068    E-mail/Text: Bankruptcy.RI@Citizensbank.com Mar 26 2020 04:51:37     Citizens Bank N.A,
             One Citizens Bank Way,    JCA115,    Johnston, Rhode Island 02919
15189924   +E-mail/Text: Bankruptcy.RI@Citizensbank.com Mar 26 2020 04:51:37     Citizens Auto Finance,
             480 Jefferson Blvd.,    Warwick, RI 02886-1359
15189925   +E-mail/Text: bankruptcydpt@mcmcg.com Mar 26 2020 04:54:03     Midland Credit Management Inc,
             2365 Northside Drive,    Suite 300,    San Diego, CA 92108-2709
15189931   +E-mail/Text: jennifer.chacon@spservicing.com Mar 26 2020 04:56:09
             Select Portfolio Servicing,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
15189934   +E-mail/PDF: gecsedi@recoverycorp.com Mar 26 2020 04:49:42     Synchrony Bank,    PO Box 965005,
             Orlando, FL 32896-5005
                                                                                              TOTAL: 6
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             U.S. Bank National Association, as indenture trust
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0315-2            User: lfin                   Page 2 of 2                   Date Rcvd: Mar 25, 2020
                                Form ID: rscCOVID            Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 25, 2020 at the address(es) listed below:
            Brian C. Thompson    on behalf of Debtor Fred  Ayres, III bthompson@ThompsonAttorney.com,
             blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;mswenson@thompsonattorney.com;jcastello@thompsonattorney.com
            James  Warmbrodt    on behalf of Creditor    U.S. Bank National Association, as indenture trustee,
for the holders of the CIM Trust 2017-3, Mortgage-Backed Notes, Series 2017-3
bkgroup@kmllawgroup.com
            Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
            Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
            S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
            Sindi  Mncina    on behalf of Creditor    New Residential Mortgage Loan Trust 2017-3
smncina@rascrane.com
                                                                                                                                                                                                                                TOTAL: 6