**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re:  Fred Ayres, III, | : | Bankruptcy Case No.: 20-20296-CMB |
| Debtor. | : | Chapter 13 |
| Fred Ayres, III, | : | Related to:  Document No. 49 |
| Movant, | : | |
| v. | : | |
| Nationstar Mortgage, LLC, d/b/a, Mr. Cooper, | : | |
| Respondent. | : | |

## ORDER

A *Loss Mitigation Order* dated April 27, 2020, was entered in the above matter at Document No. 38. On August 25, 2020, a ***Motion to Extend the Loss Mitigation Period*** was filed by Fred Ayres III at Document No. 49.

AND NOW, this  10th  day of     September    , 20 20, it is hereby **ORDERED, ADJUDGED AND DECREED** that the loss mitigation period is *extended up to and including* October 30, 20 20.

Carlota M. Böhm                     glb
Chief United States Bankruptcy Judge

FILED
9/10/20 11:00 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Fred Ayres, III  
    Debtor

Case No. 20-20296-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: gamr     Page 1 of 1     Date Rcvd: Sep 10, 2020  
                    Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2020.  
db          +Fred Ayres, III,    344 Church Street,    Bridgeville, PA 15017-1809

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                       TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2020                                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2020 at the address(es) listed below:

         Brian C. Thompson    on behalf of Debtor Fred Ayres, III bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com  
         David Neeren    on behalf of Creditor    New Residential Mortgage Loan Trust 2017-3 dneeren@rasnj.com  
         James Warmbrodt    on behalf of Creditor    U.S. Bank National Association, as indenture trustee, for the holders of the CIM Trust 2017-3, Mortgage-Backed Notes, Series 2017-3 bkgroup@kmllawgroup.com  
         Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com, cnoroski@grblaw.com  
         Jeffrey R. Hunt    on behalf of Creditor    Chartiers Valley School District jhunt@grblaw.com, cnoroski@grblaw.com  
         Jeffrey R. Hunt    on behalf of Creditor    Township of South Fayette jhunt@grblaw.com, cnoroski@grblaw.com  
         Jeffrey R. Hunt    on behalf of Creditor    Borough of Bridgeville jhunt@grblaw.com, cnoroski@grblaw.com  
         Jeffrey R. Hunt    on behalf of Creditor    South Fayette School District jhunt@grblaw.com, cnoroski@grblaw.com  
         Michael John Clark    on behalf of Creditor    New Residential Mortgage Loan Trust 2017-3 pabk@logs.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
         S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com  
         Sindi Mncina    on behalf of Creditor    New Residential Mortgage Loan Trust 2017-3 smncina@rascrane.com

                                                                                               TOTAL: 13