# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

FILED
9/14/20 7:30 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## *Conciliation Conference:*

**Debtor:** FRED AYRES
**Case Number:** 20-20296-CMB      **Chapter:** 13
**Date / Time / Room:** THURSDAY, SEPTEMBER 10, 2020 01:00 PM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

## *Matter:*

#16 Chapter 13 Plan Dated 02/24/2020 (NFC)
R / M #:   16 / 0

## *Appearances:*

Debtor: Lemon
Trustee: Winnecour / Pail / Katz / **DeSimone**
Creditor:

## *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to _12-17-20_ at _11:00_.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. ✓ Other:

Cont. for LMP and because Debtor has been making direct payments to secured creditors

9/2/2020   4:59:20PM