**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Fred Ayres III                                 CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 20-20296 CMB

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of New Residential Mortgage Loan Trust 2017-3 and index same on the master mailing list.

                               Respectfully submitted,

/s/ **Maria D. Miksich**
Maria Miksich
02 Dec 2020, 08:01:02, EST

Brian C. Nicholas, Esq. (317240) ☐
Maria D. Miksich, Esq. (319383) ☑
Rebecca A. Solarz, Esq. (315936) ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com

Document ID: a6f4f4da7b675ed556e7ff745867031d9429eb92dcab6fbba2ae9718e6ff5f09