# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- Debtor: FRED AYRES
- Case Number: 20-20296-CMB          Chapter: 13
- Date / Time / Room: THURSDAY, DECEMBER 17, 2020 11:00 AM   3251 US STEEL
- Hearing Officer: CHAPTER 13 TRUSTEE

**Matter:**

#16 Chapter 13 Plan Dated 02/24/20220 (NFC)
R / M #: 16 / 0

FILED
12/18/20 1:59 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Appearances:**

- Debtor: Thompson
- Trustee: Winnecour / Pail / ~~Katz~~ / DeSimone
- Creditor: Jeff Hunt for Allegheny County, etc.

**Proceedings:**

LMP pending

**Outcome:**

1. ____ Case Converted to Chapter 7
2. ____ Case Converted to Chapter 11
3. ____ Case Dismissed without Prejudice
4. ____ Case Dismissed with Prejudice
5. ____ Debtor is to inform Court within ____ days their preference to Convert or Dismiss
6. ____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 4/8/21 at 10:00 AM
8. ____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. ____ Contested Hearing: _____ at _____.
10. ____ Other:

12/8/2020  11:14:39AM