### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Fred Ayres, III, | : | Bankruptcy Case No.: 20-20296-CMB |
| Debtor. | : | Chapter 13 |
| Fred Ayres, III, | : | |
| | : | Document No.: |
| Movant, | : | |
| | : | Related to Document No.: 60 |
| v. | : | |
| Nationstar Mortgage, LLC, d/b/a, Mr. Cooper, | : | |
| Respondent. | : | |

### CERTIFICATE OF SERVICE

I, Matthew Gillespie, Paralegal, certify under penalty of perjury that I served the forgoing Motion to Extend Loss Mitigation Period on the following parties at the addresses listed below on January 7, 2021, via electronic mail and/or first class mail postage prepaid:

Nationstar Mortgage, LLC d/b/a Mr. Cooper
ATTN: Bankruptcy Department
P.O. Box 619096
Dallas, TX  75261-9741

David Neeren, Authorized Agent
RAS Citron, LLC
133 Gaither Drive, Suite F
Mt. Laurel, NJ  08054

Ronda J. Winnecour, Esquire
Office of Chapter 13 Trustee
3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Date:  January 7, 2021

By:/s/Matthew Gillespie
Matthew Gillespie, Paralegal
Thompson Law Group, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
jgorze@thompsonattorney.com