**PROCEEDING MEMO**

**Date: 01/06/2021 02:30 pm**

 **In re:   Fred Ayres, III**

> **Bankruptcy No. 20-20296-CMB**
> **Chapter: 13**
> **Doc. # 55**

**Appearances:  BY ZOOM:  Charles G. Wohlrab, Brent Lemon, Owen Katz**

**Nature of Proceeding: #55 Motion of New Residential Mortgage Loan Trust 2017-3 For Relief From Automatic Stay**

**Additional Pleadings: #59 Response by Debtor**

**Judge's Notes:**
 -Wohlrab: No equity in property. Request to withdraw motion.
 -Lemon: No objection.
 OUTCOME: Withdrawal of motion granted.

> **Carlota Böhm**
> **Chief U.S. Bankruptcy Judge**
>
> FILED
> 1/7/21 11:45 am
> CLERK
> U.S. BANKRUPTCY
> COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | Case No. 20-20296-CMB |
|---|---|
| Fred Ayres, III | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: gamr | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 07, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol         Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Fred Ayres, III, 344 Church Street, Bridgeville, PA 15017-1809 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2021                    Signature:            /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor U.S. Bank National Association as indenture trustee, for the holders of the CIM Trust 2017-3, Mortgage-Backed Notes, Series 2017-3 bnicholas@kmllawgroup.com |
| Brian Nicholas | |
| | on behalf of Creditor New Residential Mortgage Loan Trust 2017-3 bnicholas@kmllawgroup.com |
| Brian C. Thompson | |
| | on behalf of Debtor Fred Ayres III bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com |
| Charles Griffin Wohlrab | |
| | on behalf of Creditor New Residential Mortgage Loan Trust 2017-3 cwohlrab@rascrane.com |
| David Neeren | |
| | on behalf of Creditor New Residential Mortgage Loan Trust 2017-3 dneeren@rasnj.com |

District/off: 0315-2            User: gamr            Page 2 of 2

Date Rcvd: Jan 07, 2021            Form ID: pdf900            Total Noticed: 1

Jeffrey R. Hunt

     on behalf of Creditor County of Allegheny jhunt@grblaw.com  cnoroski@grblaw.com

Jeffrey R. Hunt

     on behalf of Creditor Township of South Fayette jhunt@grblaw.com  cnoroski@grblaw.com

Jeffrey R. Hunt

     on behalf of Creditor Borough of Bridgeville jhunt@grblaw.com  cnoroski@grblaw.com

Jeffrey R. Hunt

     on behalf of Creditor South Fayette School District jhunt@grblaw.com  cnoroski@grblaw.com

Jeffrey R. Hunt

     on behalf of Creditor Chartiers Valley School District jhunt@grblaw.com  cnoroski@grblaw.com

Maria Miksich

     on behalf of Creditor New Residential Mortgage Loan Trust 2017-3 mmiksich@kmllawgroup.com

Michael John Clark

     on behalf of Creditor New Residential Mortgage Loan Trust 2017-3 pabk@logs.com

Office of the United States Trustee

     ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

     cmecf@chapter13trusteewdpa.com

S. James Wallace

     on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

Sindi Mncina

     on behalf of Creditor New Residential Mortgage Loan Trust 2017-3 smncina@rascrane.com


TOTAL: 16