IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>FRED AYRES, III<br>    Debtor, | : <br> : <br> : <br> : | Bankruptcy No. 20-20296 CMB<br>Chapter 13<br><br>Related to Doc. No. 60 |
| FRED AYRES, III<br>    Movants,<br>v<br>NATIONSTAR MORTGAGE LLC D/B/A<br>MR. COOPER AS SERVICER FOR<br>NEW RESIDENTIAL MORTGAGE<br>LOAN TRUST 2017-3,<br>    Respondent. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | |

### ORDER

**AND NOW**, this **15th** day of **January, 2021**, it is hereby **ORDERED, ADJUDGED and DECREED** that a hearing on the **Motion to Extend the Loss Mitigation Period** is scheduled on **January 27, 2021** at **10:30 A.M.** via the **ZOOM Video Conference** Application ("Zoom"). To join the Zoom hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf.

**It is FURTHER ORDERED that the Loss Mitigation Period is extended up to and including January 27, 2021.**

BY THE COURT:

*Carlota M. Böhm*    glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
1/15/21 10:25 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                                                                                                     Case No. 20-20296-CMB

Fred Ayres, III                                            Chapter 13

    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2                                                          User: gamr                                                       Page 1 of 2

Date Rcvd: Jan 15, 2021                                      Form ID: pdf900                                   Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                   regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2021:**

**Recip ID**           **Recipient Name and Address**
db                  +  Fred Ayres, III, 344 Church Street, Bridgeville, PA 15017-1809

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2021                                Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2021 at the address(es) listed below:**

**Name**                           **Email Address**

Brian Nicholas
          on behalf of Creditor U.S. Bank National Association as indenture trustee, for the holders of the CIM Trust 2017-3, Mortgage-Backed Notes, Series 2017-3 bnicholas@kmllawgroup.com

Brian Nicholas
          on behalf of Creditor New Residential Mortgage Loan Trust 2017-3 bnicholas@kmllawgroup.com

Brian C. Thompson
          on behalf of Debtor Fred Ayres III bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com

Charles Griffin Wohlrab
          on behalf of Creditor New Residential Mortgage Loan Trust 2017-3 cwohlrab@raslg.com

David Neeren
          on behalf of Creditor New Residential Mortgage Loan Trust 2017-3 dneeren@rasnj.com

| | | |
|---|---|---|
| District/off: 0315-2 | User: gamr | Page 2 of 2 |
| Date Rcvd: Jan 15, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Jeffrey R. Hunt
    on behalf of Creditor County of Allegheny jhunt@grblaw.com cnoroski@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor Township of South Fayette jhunt@grblaw.com cnoroski@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor Borough of Bridgeville jhunt@grblaw.com cnoroski@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor South Fayette School District jhunt@grblaw.com cnoroski@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor Chartiers Valley School District jhunt@grblaw.com cnoroski@grblaw.com

Kristen D. Little
    on behalf of Creditor New Residential Mortgage Loan Trust 2017-3 pabk@logs.com klittle@logs.com;logsecf@logs.com

Maria Miksich
    on behalf of Creditor New Residential Mortgage Loan Trust 2017-3 mmiksich@kmllawgroup.com

Michael John Clark
    on behalf of Creditor New Residential Mortgage Loan Trust 2017-3 pabk@logs.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

Sindi Mncina
    on behalf of Creditor New Residential Mortgage Loan Trust 2017-3 smncina@rascrane.com

TOTAL: 17