# PROCEEDING MEMO

**Date: 01/27/2021 10:30 am**

**In re:   Fred Ayres, III**

> **Bankruptcy No. 20-20296-CMB**
> **Chapter: 13**
> **Doc. # 60**

**Appearances:  BY ZOOM:  Owen Katz; Brent Lemon; Mark Peckarchik**

**Nature of Proceeding: #60 Motion To Extend The Loss Mitigation Period**

**Additional Pleadings:  #64 Response by Nationstar Mortgage LLC D/B/A Mr. Cooper As Servicer For New Residential Mortgage Loan Trust 2017-3**
          **#65 Order Signed 01/15/2021 Scheduling Zoom Hearing for 01/17/2021 at 10:30 a.m.  It is Further Ordered that the Loss Mitigation Period is extended up to and including 01/27/2021.**

**Judge's Notes:**
  Pecarchik: Debtor never supplied complete package and oppose extension.
  Lemon: May have a cash buyer that will solve all of these problems and may file a motion to sell. Seek extension of 60 days in the meantime.
  OUTCOME: LMP extended to 4/1. In the event the sale falls through, Debtor should get documents together. Debtor must proceed to get this case moving.

> **Carlota Böhm**
> **Chief U.S. Bankruptcy Judge**
>
> FILED
> 1/27/21 3:35 pm
> CLERK
> U.S. BANKRUPTCY
> COURT - WDPA