# SALES CONTRACT FOR REAL ESTATE

**THIS AGREEMENT** is made this **4th** day of **January**, 2021, by and between **Fred Ayres III & Deborah Ayres V** hereafter called Seller(s), and **Bridge 2 Bridge Properties LLC** and/or assigns, hereafter called Buyer. Buyer and Seller shall hereafter jointly be referred to as the "Parties".

I. **DESCRIPTION OF THE PREMISES.** Seller(s) agrees to sell to Buyer the property located at: **342 Church St Bridgeville, PA 15017**

Description Written as Follows: **AS IS Condition**

Description is including any fixtures, window and floor coverings, built-in appliances, appliances such as refrigerator's, dishwashers, washers, dryers, etc, draperies including hardware, shades, blinds, window and door screens, awnings, outdoor plants, trees, and other permanently attached items now on premises.

I. **PLEASE SELECT YOUR TERMS OF PURCHASE:**

II. **PURCHASE PRICE**
The Seller agrees to convey property to Buyer for the sum of       **$ 80,000**

III. **TERMS**. The following terms are applicable to this contract:

1) Closings costs, attorney fees, title fees are to be paid in the following fashion – **Paid in full by Buyer.**
2) At Settlement, **the Buyer** will pay the transfer taxes due on assignment of this Agreement as well as on the sale of the property to Buyer or it's Assignee.
3) Any other inspection costs (dye test, sewer cam, etc.), Taxes (**NOT** Including Transfer Taxes), Liens, Monetary Encumbrances and/or Mortgage owed will be closed and **paid in full by the Seller**.
4) The Seller and Buyer will set closing to be as soon as possible for all parties, but no later than **45 Days after date of Ratification** without written addendum to this agreement. .
5) The Title report and survey, if required, will be ordered promptly and, if not available on the settlement Date or if Issues with Title (such as Probate, Tax Liens, Payoff statements any other clear title delay) then Settlement may be delayed for up to 30 business days to obtain clear title report and survey after which this Contract, at the option of the Buyer, may be terminated and the Deposit will be refunded in full to the Buyer.
6) Seller understand(s) that the buyer is a private investment company that is buying real estate to make a profit and may be purchasing the Property for immediate resale and profit even as soon as the day of closing. Both parties agree that the subject property is being bought/sold in its current "AS IS" condition.

7) The property is being sold as-is, where-is with all defects in condition being at the sole risk of the Buyer. Seller shall not be responsible for any repairs of any kind whatsoever, including repair of damage caused by and resolution of wood destroying organisms. Further, Seller does not warrant that any work done on the property by Seller or anyone previously owning the property was done to code or with permits.

8) Earnest money to be held in escrow by the closing attorney of the Buyer's choosing

9) Earnest money non-refundable to Buyer unless title is non-conveyable or Seller is not available to close within time period of this contract or if Buyer not satisfied with result of inspections.

10) If Inspection does not pass Buyer Standards, Buyer may terminate this Agreement by written notice to Seller within 30 business days of Seller's signature and delivery of this Agreement, in which event the earnest money shall be refunded to Buyer. Buyer waives the right to terminate this agreement for such reason after the expiration of such period of 30 business days.

11) Seller to provide Buyer with permission to access property for purposes of conducting Buyer's inspections, collect bids from contractors, designers, other potential buyers and buyer's realtor(s) prior to closing, with a reasonable notice from buyer to seller. There will be no inspection done without the Seller's consent. Buyer to repair ALL damage and indemnify Seller for ALL damages and injuries arising from Buyer inspections

12) Any furniture, fixtures, attachments, and debris located in and around property not removed within day of closing become ownership of Buyer.

13) Buyer's obligation to close the purchase of this property is contingent on the Seller providing a clear title to the Buyer. The Buyer will have the allocated time period stated in Term #5 to determine if the title is insurable. If the title is not insurable, this agreement shall be terminated, and all earnest money will be refunded to Buyer.

14) Seller consents to give Buyer the right to post the Property on all websites, including but not limited to the Multiple Listing Services, in all cases listing the Buyer (not Seller) as the Seller of the property.

15) OTHER TERMS:

BUYER: *kyle Clarke* (DocuSigned by: F024C39F801E4EA...)    DATE: 1/4/2021

SELLER: *7 a #*    DATE: 1/4/2021

SELLER: *D9 a*    DATE: 1/4/2021