**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: ) | |
|     Fred Ayres, III, ) | Bankruptcy No. 20-20296-CMB |
| ) | |
|     Debtor. ) | Chapter 13 |
| ) | |
| Fred Ayres, III, ) | |
| ) | Document No. |
| ) | |
|     Movant, ) | |
| ) | Related to Document No. 70, 76, 77 |
| v. ) | |
| ) | |
| U.S. Bank National Association, ) | **Hearing Date and Time:** |
| As indenture trustee, for holders, ) | March 15, 2021, at 11:00 a.m. |
| of the CIM Trust 2017-3, Mortgage, ) | |
| Backed Notes, Series 2017-3, ) | |
| County of Allegheny, Borough of, ) | |
| Bridgeville, Charties Valley School, ) | |
| Distict, and ) | |
| ) | |
| Ronda J. Winnecour, Trustee ) | |
| ) | |
|     Respondents. ) | |

**CERTIFICATE OF SERVICE**

I, Jeffrey Castello, Paralegal, hereby certify that a copy of the Motion, Proposed Order at Document No. 70, Exhibit at Document No. 76 and Amended Hearing Notice at Document No. 77 were served by First Class U.S. mail postage prepaid and/or electronic correspondence on February 17, 2021 on the parties on the attached Bankruptcy Clerk's mailing matrix.

Date: February 18, 2021
                                    /s/ Jeffrey Castello
                                    Jeffrey Castello, Paralegal
                                    Thompson Law Group, P.C.
                                    125 Warrendale Bayne Road, Suite 200
                                    Warrendale, PA 15086
                                    (724) 799-8404 Telephone
                                    (724) 799-8409 Facsimile
                                    jcastello@thompsonattorney.com