# PROCEEDING MEMO

**Date: 03/15/2021 11:00 am**

**In re:** Fred Ayres, III

**Bankruptcy No. 20-20296-CMB**
**Chapter: 13**
**Doc. # 70**

**Appearances:** Ronda Winnecour, Brent Lemon, Maria Miksich, Jeffrey Hunt, Kyle Clarke

**Nature of Proceeding:** #70 Motion To Sell Real Estate Known As 342 Church Street Free and Clear of Third Party Interests, Liens, Claims, Charges And/Or Encumbrances in Accordance With 11 U.S.C. Section 363

**Additional Pleadings:** #76 Exhibit - Purchase Agreement
#79 Response by Trustee
#81 Non-Oppositional Response of U.S. Bank National Association, As Indenture Trustee For Holders, of The CIM Trust 2017-3

**Judge's Notes:**
- Lemon: Offer is $80,000 from Bridge to Bridge Properties LLC. No other offers were received. Sale was properly advertised. Trustee's Office filed an objection that can be resolved. In response to objection, offer was above county value and above what was listed in petition. All unsecured creditors should be able to be paid in full.
- Hunt: Discussed proposed order with Attorney Lemon. Numbers used do not take into account additional interest that accrued.
- Can proceed with sale with the acknowledgement that Debtor will make 100% payment to unsecured creditors. No further objections from Trustee's Office. Can proceed with sale.
OUTCOME:
- There were no other interested buyers present and no objections to the sale. There were no higher or better offers.
- Court finds buyer to be a good-faith purchaser. Sale complies with the standards set forth *In re Abbotts Dairies*. Sale is confirmed.
- Attorney Lemon to file revised order by tomorrow. Order will be entered.

**Carlota Böhm**
**Chief U.S. Bankruptcy Judge**

FILED
3/15/21 2:37 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA