## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:

| | | |
|---|---|---|
| Fred Ayres, III, | ) | Bankruptcy No. 20-20296-CMB |
| | ) | |
| Debtor. | ) | Chapter 13 |
| _____ | ) | |
| Fred Ayres, III, | ) | |
| | ) | Related to:  Document No. 70 |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| U.S. Bank National Association, | ) | |
| As indenture trustee, for holders, | ) | |
| of the CIM Trust 2017-3, Mortgage, | ) | |
| Backed Notes, Series 2017-3, | ) | |
| County of Allegheny, Borough of, | ) | |
| Bridgeville, Charties Valley School, | ) | |
| Distict, and | ) | |
| | ) | |
| Ronda J. Winnecour,  Trustee | ) | |
| | ) | |
| Respondents. | ) | |

### ORDER CONFIRMING CHAPTER 13 SALE OF
### PROPERTY FREE AND DIVESTED OF LIENS

*AND  NOW*,  this  18th  day of   March   , 2021,  on  consideration of  the *Debtor's Motion to Sell Real Estate Known as 342 Church Street Free and Clear of Third Party Interests, Liens, Claims, Charges and/or Encumbrances in Accordance With 11 U.S.C. § 363,*  for a gross sales price of *$80,000,* after  hearing held by ZOOM, this date, the Court finds:

(l)    That service of the *Notice of Hearing* and *Order* setting hearing on said *Motion*  for  private  sale  of  real  property  free  and  divested  of  liens  of  the above-named Respondents,  was effected on the following secured creditors whose liens are recited in said *Motion* for private sale, viz:

**DATE OF SERVICE**                          **NAME OF LIENOR AND SECURITY**

1

| | |
|---|---|
| _February 18, 2021_____ | **U.S. Bank National Assoc., et al**<br>c/o Select Portfolio Servicing, Inc.<br>P.O. Box 65250<br>Salt Lake City, UT 84165-0250 |
| _February 18, 2021_____ | **Jeffrey R. Hunt, Esquire**<br>**Goehring, Rutter & Boehm**<br>**Attorney for County of Allegheny,**<br>**Borough of Bridgeville,**<br>**Chartiers Valley School District**<br>437 Grant Street, 14th Floor<br>Pittsburgh, PA 15219 |
| _February 18, 2021_____ | **Ronda J. Winnecour, Ch. 13 Trustee,**<br>Suite 3250, U.S. Steel<br>Building 600 Grant Street<br>Pittsburgh, PA 15219 |

(2)    That sufficient general notice of said hearing and sale, together with the confirmation hearing thereon, was given to the creditors and parties in interest by the moving party as shown by the certificate of serviced duly filed and that the named parties were duly served with the Motion.

(3)    That said sale hearing was duly advertised on the Court's website pursuant to *W.PA LBR 6004-1(c)(2) o n*    February 17 in the _Pittsburgh Legal Journal_ on February 18, 2021 and in the _Pittsburgh Post Gazette_ on February 18, 2021 as shown by the Proof of Publications duly filed.

(4)    That at the sale hearing the highest/best offer received was that of the above Purchaser(s) and no objections to the sale were made which would result in cancellation of said sale.

(5)    That the price of *$80,000.00* offered by *Bridge 2 Bridge Properties, LLC* was a full and fair price for the property in question.

(6)    That the Purchaser(s) has acted in good faith with respect to the within sale in accordance with *In re Abbotts Dairies of Pennsylvania, Inc.*, 788 F2d. 143 (3d Cir. 1986).

**NOW THEREFORE**, it is hereby **ORDERED, ADJUDGED AND   DECREED** that the sale of the real property  described as *342 Church Street, Bridgeville, PA 15017* is hereby **CONFIRMED** to *Bridge 2 Bridge Properties, LLC* for $*80,000.00*, free and divested

2

of the above recited liens and claims, and, that the Movant is authorized to make, execute and deliver to the Purchaser(s) above named the necessary deed and/or other documents required to transfer title to the property purchased upon compliance with the terms of sale;

It is *FURTHER ORDERED*, that the above recited liens and claims, be, and they hereby are, transferred to the proceeds of sale, if and to the extent they may be determined to be valid liens against the sold property, that the within decreed sale shall be free, clear and divested of said liens and claims;

It is *FURTHER ORDERED*, that the following expenses/costs shall immediately be paid at the time of closing. *Failure of the Closing Agent to timely make and forward the disbursements required by this Order will subject the closing agent to monetary sanctions*, including among other things, a fine or the imposition of damages, after notice and hearing, for failure to comply with the above terms of this Order. Except as to the distribution specifically authorized herein, all remaining funds shall be held by Counsel for Movant pending further Order of this Court after notice and hearing.

(1)   Administrative Claim of Thompson Law Group, P.C. in the amount of $5,000.00 to be held in escrow pending fee application

(2)   Advertising fees and expenses of Thompson Law Group, P.C.: in the amount of $97.50 to be held in escrow pending fee application;

(3)   Payoff of First Mortgage to U.S. Bank National Association, et al: $52,035.52;

(4)   Payoff of real estate tax lien to Borough of Bridgeville:  $307.01;

(5)   Payoff of real estate tax lien to Chartiers Valley School District: $3,887.35

(6)   Payoff of real estate tax lien to County of Allegheny: $138.36

(7)   Other:  Any remaining funds are to be disbursed to the chapter 13 trustee for distribution in accordance with the chapter 13 plan.

It is *FURTHER ORDERED* that:

(1)   *Within seven (7) days of the date of this Order*, the Movant shall serve a copy of the within *Order* on each Respondent (i.e., each party against whom relief is sought) and its attorney of record, if any, upon any attorney or party who answered the motion or appeared at the hearing, the attorney for the debtor, the Closing Agent, the Purchaser, and the attorney for the Purchaser, if any, and file a Certificate of Service.

(2)   *Closing shall occur within thirty (30) days of this Order*.

(3)   *Within seven (7) days following closing,* the Movant shall file a *Report of Sale* which shall include a copy of the HUD-1 or other Settlement Statement; and,

3

(4)     This *Sale Confirmation Order* survives any dismissal or conversion of the within case.

Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
3/18/21 8:27 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

4

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 20-20296-CMB

Fred Ayres, III                                                                             Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: lfin                                                Page 1 of 2

Date Rcvd: Mar 18, 2021                    Form ID: pdf900                              Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2021:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Fred Ayres, III, 344 Church Street, Bridgeville, PA 15017-1809 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2021                          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor U.S. Bank National Association  as indenture trustee, for the holders of the CIM Trust 2017-3, Mortgage-Backed Notes, Series 2017-3 bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor New Residential Mortgage Loan Trust 2017-3 bnicholas@kmllawgroup.com |
| Brian C. Thompson | on behalf of Debtor Fred Ayres  III bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com |
| Charles Griffin Wohlrab | on behalf of Creditor New Residential Mortgage Loan Trust 2017-3 cwohlrab@raslg.com |
| David Neeren | on behalf of Creditor New Residential Mortgage Loan Trust 2017-3 dneeren@rasnj.com |

District/off: 0315-2                          User: lfin                                      Page 2 of 2
Date Rcvd: Mar 18, 2021                       Form ID: pdf900                            Total Noticed: 1

Jeffrey R. Hunt
> on behalf of Creditor County of Allegheny jhunt@grblaw.com  cnoroski@grblaw.com

Jeffrey R. Hunt
> on behalf of Creditor Township of South Fayette jhunt@grblaw.com  cnoroski@grblaw.com

Jeffrey R. Hunt
> on behalf of Creditor Borough of Bridgeville jhunt@grblaw.com  cnoroski@grblaw.com

Jeffrey R. Hunt
> on behalf of Creditor South Fayette School District jhunt@grblaw.com  cnoroski@grblaw.com

Jeffrey R. Hunt
> on behalf of Creditor Chartiers Valley School District jhunt@grblaw.com  cnoroski@grblaw.com

Kristen D. Little
> on behalf of Creditor New Residential Mortgage Loan Trust 2017-3 pabk@logs.com  klittle@logs.com;logsecf@logs.com

Maria Miksich
> on behalf of Creditor New Residential Mortgage Loan Trust 2017-3 mmiksich@kmllawgroup.com

Maria Miksich
> on behalf of Creditor U.S. Bank National Association  as indenture trustee, for the holders of the CIM Trust 2017-3,
> Mortgage-Backed Notes, Series 2017-3 mmiksich@kmllawgroup.com

Michael John Clark
> on behalf of Creditor New Residential Mortgage Loan Trust 2017-3 pabk@logs.com

Office of the United States Trustee
> ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
> cmecf@chapter13trusteewdpa.com

S. James Wallace
> on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

Sindi Mncina
> on behalf of Creditor New Residential Mortgage Loan Trust 2017-3 smncina@rascrane.com

TOTAL: 18