# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

FILED
4/9/21 8:38 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

- **Debtor:** FRED AYRES
- **Case Number:** 20-20296-CMB    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, APRIL 08, 2021 10:00 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

**Matter:**

#16 - Final Confirmation of Plan Dated 2/24/2020 (NFC)
R / M #: 16 / 0

**Appearances:**

- Debtor: Lemon
- Trustee: Winnecour / Pail / Katz / DeSimone
- Creditor: Hunter for Allegheny County

*Cont for closing on sale of 342 Church St. and for pending LMP*

**Proceedings:**

Outcome:

1. ____ Case Converted to Chapter 7
2. ____ Case Converted to Chapter 11
3. ____ Case Dismissed without Prejudice
4. ____ Case Dismissed with Prejudice
5. ____ Debtor is to inform Court within ____ days their preference to Convert or Dismiss
6. ____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 6/17/21 at ~~10:30 AM~~
8. ____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. ____ Contested Hearing: _____ at _____.
10. ____ Other:

3/30/2021   12:22:01PM