## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Fred Ayres, III, | : | Bankruptcy Case No.: 20-20296-CMB |
| Debtor. | : | Chapter 13 |
| Fred Ayres, III, | : | Related to:  Document No. 86 |
| Movant, | : | |
| v. | : | |
| Nationstar Mortgage, LLC, d/b/a, Mr. Cooper, | : | |
| Respondent. | : | |

## ORDER

A *Loss Mitigation Order* dated April 27, 2020, was entered in the above matter at Document No. 38.  On April 1, 2021, a **Motion to Extend the Loss Mitigation Period** was filed by Fred Ayres III at Document No. 86.

*AND NOW*, this  14th  day of       April       , 20 21 , it is hereby **ORDERED, ADJUDGED AND DECREED** that the loss mitigation period is *extended up to and including*  May 17 , 20 21 .

Carlota M. Böhm   glb
Chief United States Bankruptcy Judge

FILED
4/14/21 9:13 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA