# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

- **Debtor:** FRED AYRES
- **Case Number:** 20-20296-CMB      **Chapter:** 13
- **Date / Time / Room:** THURSDAY, JUNE 17, 2021 10:30 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
6/21/21 4:24 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### Matter:

#16 Chapter 13 Plan Dated 02/24/2020 (NFC)
R / M #:  16 / 0

### Appearances:

- **Debtor:** Lemon
- **Trustee:** Winnecour / Pall / Katz / DeSimone   Wambrodt
- **Creditor:** Jeff Hunt

### Proceedings:

**Outcome:**

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. ✓ An Amended Plan is to be served on all creditors and certificate of service filed by 7/19/21.
   Objections are due on or before 8/9/21 ~~8/12/21~~
   A hearing on the Amended Plan is set for ~~/~~ 8/12/21 at 10:00.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

6/7/2021   3:31:38PM