Form 005

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Fred Ayres III**
  Debtor(s)

Bankruptcy Case No.: 20−20296−CMB
Chapter: 13
Related to Document No.: 16
Concil. Conf.: August 12, 2021 at 10:00 AM

## ORDER

On June 17, 2021, a Conciliation Conference was conducted on the Amended Plan dated 2/24/2020, at which time the Chapter 12/13 Trustee recommended that an Amended Plan is necessary.

**AND NOW,** this **The 21st of June, 2021**, it is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1)  **On or before July 19, 2021,** the Debtor(s) shall file and serve a copy of this *Order* and an *Amended Plan* on the Chapter 13 Trustee and all Parties listed on the *Current Official Mailing Matrix*. The Debtor(s) shall also complete and file the accompanying **Certificate of Service**.

(2)  **On or before August 9, 2021,** all *Objections* to the *Amended Plan* must be filed and served on the Debtor(s), Chapter 13 Trustee, and any creditor whose claim is the subject of the *Objection*. Untimely objections will not be considered.

(3)  **On August 12, 2021 at 10:00 AM ,** a Conciliation Conference on the Debtor(s)' *Amended Plan* is scheduled in the remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.

(4)  If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation Conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

(5)  Failure to timely file an *Amended Plan* and *Certificate of Service* shall result in the imposition of sanctions, which may include dismissal or conversion of the case, an order of contempt, monetary sanctions or other remedial measures.

(6)

Dated: June 21, 2021

cm: Debtor
    Debtor's Attorney
    Ch. 13 Trustee

Carlota M. Böhm, Judge
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-20296-CMB |
| Fred Ayres, III | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dric | Page 1 of 2 |
| Date Rcvd: Jun 21, 2021 | Form ID: 005 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Fred Ayres, III, 344 Church Street, Bridgeville, PA 15017-1809 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2021                                 Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor U.S. Bank National Association as indenture trustee, for the holders of the CIM Trust 2017-3, Mortgage-Backed Notes, Series 2017-3 bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor New Residential Mortgage Loan Trust 2017-3 bnicholas@kmllawgroup.com |
| Brian C. Thompson | on behalf of Debtor Fred Ayres III bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com |
| Charles Griffin Wohlrab | on behalf of Creditor New Residential Mortgage Loan Trust 2017-3 cwohlrab@raslg.com |
| David Neeren | on behalf of Creditor New Residential Mortgage Loan Trust 2017-3 dneeren@rasnj.com |

Case 20-20296-CMB    Doc 101    Filed 06/23/21    Entered 06/24/21 00:38:17    Desc
Imaged Certificate of Notice    Page 3 of 3

| District/off: 0315-2 | User: dric | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 21, 2021 | Form ID: 005 | Total Noticed: 1 |

Jeffrey R. Hunt
    on behalf of Creditor County of Allegheny jhunt@grblaw.com cnoroski@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor Township of South Fayette jhunt@grblaw.com cnoroski@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor Borough of Bridgeville jhunt@grblaw.com cnoroski@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor South Fayette School District jhunt@grblaw.com cnoroski@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor Chartiers Valley School District jhunt@grblaw.com cnoroski@grblaw.com

Kristen D. Little
    on behalf of Creditor New Residential Mortgage Loan Trust 2017-3 pabk@logs.com klittle@logs.com;logsecf@logs.com

Maria Miksich
    on behalf of Creditor New Residential Mortgage Loan Trust 2017-3 mmiksich@kmllawgroup.com

Maria Miksich
    on behalf of Creditor U.S. Bank National Association as indenture trustee, for the holders of the CIM Trust 2017-3, Mortgage-Backed Notes, Series 2017-3 mmiksich@kmllawgroup.com

Michael John Clark
    on behalf of Creditor New Residential Mortgage Loan Trust 2017-3 mclark@squirelaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

Sindi Mncina
    on behalf of Creditor New Residential Mortgage Loan Trust 2017-3 smncina@rascrane.com

TOTAL: 18