## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Bankruptcy No. 20-20296-CMB |
| Fred Ayres, III, | Chapter 13 |
| Debtors. | Document No. |
| Thompson Law Group, P.C., | Related to Document No.   93 |
| Applicant, | **Hearing date and time:** |
| vs. | July 14, 2021 at 1:30 p.m. |
| No Respondent. | **ENTERED BY DEFAULT** |

### ORDER OF COURT

This matter having come before the Court upon the Fee Application of Thompson Law Group, P.C. for Allowance of Compensation and Reimbursement of Expenses as Counsel to Debtor (the "Application"), with notice for objecting to these fees having been given and no objections thereto having been received, and this Court being otherwise sufficiently advised, for cause shown it is hereby:

ORDERED, ADJUDGED and DECREED:

1. That the Application be and hereby is APPROVED and that the attorneys' fees sought by Thompson Law Group, P.C. for the period from January 17, 2020 through and including June 1, 2021 (the "Period") in the amount of $10,860.00 and reimbursement of reasonable expenses sought by Thompson Law Group, P.C. in the amount of $511.73 are approved.

2. It is further ORDERED, ADJUDGED and DECREED the funds being held in escrow for the Administrative Claim of Thompson Law Group, P.C. and Advertising Fees, a total of $5,097.50, are hereby released and applied to the approved fees of this Application.

DATED: June 22, 2021

Carlota M. Böhm    dmr
Chief United States Bankruptcy Court Judge

Additional fees may be paid through the Chapter 13 plan provided that debtor(s) amend the plan within 14 days after the application for fees is allowed to increase the plan payment sufficiently to include those fees. The fees must be paid from debtor(s) resources without decreasing the percentage or amount to be paid to other creditors through the plan.

FILED
6/22/21 1:29 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-20296-CMB |
| Fred Ayres, III | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dric | Page 1 of 2 |
| Date Rcvd: Jun 22, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2021:**

**Recip ID    Recipient Name and Address**
db      + Fred Ayres, III, 344 Church Street, Bridgeville, PA 15017-1809

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2021          Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2021 at the address(es) listed below:

**Name**    **Email Address**

Brian Nicholas
    on behalf of Creditor U.S. Bank National Association as indenture trustee, for the holders of the CIM Trust 2017-3, Mortgage-Backed Notes, Series 2017-3 bnicholas@kmllawgroup.com

Brian Nicholas
    on behalf of Creditor New Residential Mortgage Loan Trust 2017-3 bnicholas@kmllawgroup.com

Brian C. Thompson
    on behalf of Debtor Fred Ayres III bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com

Charles Griffin Wohlrab
    on behalf of Creditor New Residential Mortgage Loan Trust 2017-3 cwohlrab@raslg.com

David Neeren
    on behalf of Creditor New Residential Mortgage Loan Trust 2017-3 dneeren@rasnj.com

District/off: 0315-2            User: dric            Page 2 of 2

Date Rcvd: Jun 22, 2021            Form ID: pdf900            Total Noticed: 1

Jeffrey R. Hunt
    on behalf of Creditor County of Allegheny jhunt@grblaw.com cnoroski@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor Township of South Fayette jhunt@grblaw.com cnoroski@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor Borough of Bridgeville jhunt@grblaw.com cnoroski@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor South Fayette School District jhunt@grblaw.com cnoroski@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor Chartiers Valley School District jhunt@grblaw.com cnoroski@grblaw.com

Kristen D. Little
    on behalf of Creditor New Residential Mortgage Loan Trust 2017-3 pabk@logs.com klittle@logs.com;logsecf@logs.com

Maria Miksich
    on behalf of Creditor New Residential Mortgage Loan Trust 2017-3 mmiksich@kmllawgroup.com

Maria Miksich
    on behalf of Creditor U.S. Bank National Association as indenture trustee, for the holders of the CIM Trust 2017-3, Mortgage-Backed Notes, Series 2017-3 mmiksich@kmllawgroup.com

Michael John Clark
    on behalf of Creditor New Residential Mortgage Loan Trust 2017-3 mclark@squirelaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

Sindi Mncina
    on behalf of Creditor New Residential Mortgage Loan Trust 2017-3 smncina@rascrane.com


TOTAL: 18