**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re:Fred Ayres, III, | : | Bankruptcy Case No.: 20-20296-CMB |
| | : | |
| Debtor. | : | Chapter 13 |
| _____ | : | |
| Fred Ayres, III, | : | |
| | : | Document No.: 110 |
| Movant, | : | |
| | : | Related to Document No.: 109 |
| v. | : | |
| | : | |
| Chartiers Valley School District, | : | |
| | : | |
| Respondent. | : | |

**CERTIFICATE OF SERVICE**

I, Kristen Finke, Paralegal, certify under penalty of perjury that I served the Wage Attachment Order and Notification of Debtor's Social Security Number on Debtor's employer at the address listed below on August 16, 2021, via first class mail postage prepaid:

**Chartiers Valley School District
ATTN: Payroll Department
2030 Swallow Hill Road
Pittsburgh, PA  15220**

Executed on:  August 16, 2021

/s/Brian C. Thompson
Signature of Chapter 13 Trustee or Attorney for Debtor

Brian C. Thompson, Esquire
Typed Name of Chapter 13 Trustee or Attorney for Debtor

125 Warrendale Bayne Road, Suite 200, Warrendale, PA 15086
Address of Chapter 13 Trustee or Attorney for Debtor

(724) 799-8404     Pa. I.D. #91197
Phone No. and Pa. I.D. No. of Chapter 13 Trustee or Attorney for Debtor