**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

08/24/2021

IN RE:

FRED AYRES, III
344 CHURCH STREET
BRIDGEVILLE, PA 15017
XXX-XX-3183 Debtor(s)

Case No.20-20296 CMB

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

8/24/2021

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

**S JAMES WALLACE ESQ****
GRB LAW
437 GRANT ST 14TH FL
PITTSBURGH, PA 15219-6107
Trustee Claim Number:1 INT %: 0.00% CRED DESC: NOTICE ONLY
Court Claim Number: ACCOUNT NO.:
CLAIM: 0.00
COMMENT: PEOPLES/PRAE

**KML LAW GROUP PC***
701 MARKET ST STE 5000
PHILADELPHIA, PA 19106
Trustee Claim Number:2 INT %: 0.00% CRED DESC: NOTICE ONLY
Court Claim Number: ACCOUNT NO.:
CLAIM: 0.00
COMMENT: US BANK/PRAE

**ROBERTSON ANSCHUTZ & SCHNEID PL**
BANKRUPTCY DEPARTMENT
6409 CONGRESS AVE STE 100
BOCA RATON, FL 33487
Trustee Claim Number:3 INT %: 0.00% CRED DESC: NOTICE ONLY
Court Claim Number: ACCOUNT NO.:
CLAIM: 0.00
COMMENT: NEW RESIDENTIAL/PRAE

**BRIDGEVILLE BORO-R/E TAX**
C/O TAX COLLECTOR DELQ YEARS
425 BOWER HILL RD
BRIDGEVILLE, PA 15017
Trustee Claim Number:4 INT %: 0.00% CRED DESC: SECURED CREDITOR
Court Claim Number: ACCOUNT NO.: N242
CLAIM: 0.00
COMMENT: 0255-N-00242*STRICKEN/CONF*$@10%/PL*19/SCH*NO TAXES DUE?~DK!

**CHARTIERS VALLEY SD (BRDGVLLE)RE TX**
C/O ANNE PARISI-CURR YR CLLCTR
425 BOWER HILL RD
BRIDGEVILLE, PA 15017
Trustee Claim Number:5 INT %: 0.00% CRED DESC: SECURED CREDITOR
Court Claim Number: ACCOUNT NO.: N242
CLAIM: 0.00
COMMENT: 0255-N-00242*NO YRS/SCH*NO TAXES DUE~DK!!*REMOVED/PAP

**CITIZENS BANK NA****
ONE CITIZENS BANK WAY JCA115
JOHNSTON, RI 02919
Trustee Claim Number:6 INT %: 4.00% CRED DESC: VEHICLE
Court Claim Number:1 ACCOUNT NO.: 2932
CLAIM: 19,199.13
COMMENT: $/CL-PL@4%/PL*CITIZENS AUTO/SCH-PL*PMT/CL~NO PERMO/PL

**NEW RESIDENTIAL MORTGAGE LOAN TRUST 2(**
C/O NATIONSTAR MORTGAGE LLC
PO BOX 619094
DALLAS, TX 75261-9741
Trustee Claim Number:7 INT %: 0.00% CRED DESC: MORTGAGE REGULAR PAYMEI
Court Claim Number:3 ACCOUNT NO.: 6533
CLAIM: 0.00
COMMENT: PMT/NMPC*426.27/PL*DKT4PMT-LMT*PHH MRTG/SCH-PL*BGN 1/20*LMP DENIED

**US BANK NA - INDENTURE TRUSTEE**
C/O SELECT PORTFOLIO SVCNG*
PO BOX 65450
SALT LAKE CITY, UT 84165
Trustee Claim Number:8 INT %: 0.00% CRED DESC: MORTGAGE REGULAR PAYMEI
Court Claim Number:4 ACCOUNT NO.: 1030
CLAIM: 5,099.00
COMMENT: 528/PL*378.41X60+2=LMT*SELECT PRTLIO/SCH-PL*344 CHURCH/SCH*BGN 2/20*S(

**SOUTH FAYETTE TWP - R/E TAX**
C/O JORDAN TAX SVC DELQ CLLCTR
102 RAHWAY RD
MCMURRAY, PA 15317
Trustee Claim Number:9 INT %: 10.00% CRED DESC: SECURED CREDITOR
Court Claim Number:9 ACCOUNT NO.: 90D1
CLAIM: 630.15
COMMENT: 490-D-1*CL9GOV*TTL2177.33@10%/PL*WNTS 10%*S. FAYETTE TWP+SD/SCH*15-1

**NATIONSTAR MORTGAGE LLC D/B/A MR COOPE**
PO BOX 619094
DALLAS, TX 75261-9741
Trustee Claim Number:10 INT %: 0.00% CRED DESC: NOTICE ONLY
Court Claim Number: ACCOUNT NO.:
CLAIM: 0.00
COMMENT:

**CLAIM RECORDS**

| | | |
|---|---|---|
| **NEW RESIDENTIAL MORTGAGE LLC** | Trustee Claim Number:11 INT %: 0.00% | CRED DESC: NOTICE ONLY |
| PO BOX 10826 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| GREENVILLE, SC 29603-0826 | COMMENT: NT ADR/SCH | |
| **RAS CITRON LLC** | Trustee Claim Number:12 INT %: 0.00% | CRED DESC: NOTICE ONLY |
| 130 CLINTON RD STE 202 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| FAIRFIELD, NJ 07004 | COMMENT: NT ADR/SCH | |
| **ALLEGHENY HEALTH NETWORK** | Trustee Claim Number:13 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 645266 | Court Claim Number: | ACCOUNT NO.: 8357 |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15264-5266 | COMMENT: | |
| **MIDLAND CREDIT MANAGEMENT INC** | Trustee Claim Number:14 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 2011 | Court Claim Number: | ACCOUNT NO.: 1754 |
| | CLAIM: 0.00 | |
| WARREN, MI 48090 | COMMENT: NT ADR/SCH | |
| **NEIGHBORS CREDIT UNION VISA** | Trustee Claim Number:15 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 6818 | Court Claim Number: | ACCOUNT NO.: 1081 |
| | CLAIM: 0.00 | |
| CAROL STREAM, IL 60197-6818 | COMMENT: | |
| **NORTHWEST BANK*** | Trustee Claim Number:16 INT %: 0.00% | CRED DESC: SPECIAL NOTICE ONLY |
| COLLECTIONS DEPT* | Court Claim Number: | ACCOUNT NO.: |
| 100 LIBERTY ST | | |
| PO BOX 337* | CLAIM: 0.00 | |
| WARREN, PA 16365 | COMMENT: | |
| **SYNCHRONY BANK** | Trustee Claim Number:17 INT %: 0.00% | CRED DESC: SPECIAL NOTICE ONLY |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.: |
| PO BOX 41021 | | |
| | CLAIM: 0.00 | |
| NORFOLK, VA 23541 | COMMENT: NT ADR/SCH | |
| **DEBORAH AYRES** | Trustee Claim Number:18 INT %: 0.00% | CRED DESC: NOTICE ONLY |
| 344 CHURCH ST | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| BRIDGEVILLE, PA 15017 | COMMENT: /SCH H | |
| **NORTHWEST BANK*** | Trustee Claim Number:19 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| COLLECTIONS DEPT* | Court Claim Number:2 | ACCOUNT NO.: 1280 |
| 100 LIBERTY ST | | |
| PO BOX 337* | CLAIM: 6,919.03 | |
| WARREN, PA 16365 | COMMENT: NT/SCH | |
| **NEW RESIDENTIAL MORTGAGE LOAN TRUST 2(** | Trustee Claim Number:20 INT %: 0.00% | CRED DESC: MORTGAGE ARR. |
| C/O NATIONSTAR MORTGAGE LLC | Court Claim Number:3 | ACCOUNT NO.: 6533 |
| PO BOX 619094 | | |
| | CLAIM: 15,644.99 | |
| DALLAS, TX 75261-9741 | COMMENT: $/CL-PL*PHH MRTG/SCH*THRU 12/19*LMP DENIED | |

CLAIM RECORDS

| | | |
|---|---|---|
| **US BANK NA - INDENTURE TRUSTEE** | Trustee Claim Number:21 INT %: 0.00% | CRED DESC: MORTGAGE ARR. |
| C/O SELECT PORTFOLIO SVCNG* | Court Claim Number:4 | ACCOUNT NO.: 1030 |
| PO BOX 65450 | | |
| | CLAIM: 0.00 | |
| SALT LAKE CITY, UT 84165 | COMMENT: 5908.28/CL*SPS/PL*344 CHURCH ST/SCH*THRU 1/20*SOLD | |

| | | |
|---|---|---|
| **GRB LAW** | Trustee Claim Number:22 INT %: 0.00% | CRED DESC: NOTICE ONLY |
| FRICK BUILDING - 14TH FL | Court Claim Number: | ACCOUNT NO.: |
| 437 GRANT ST | | |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15219 | COMMENT: ALLEGHENY CO/PRAE | |

| | | |
|---|---|---|
| **SOUTH FAYETTE TWP - R/E TAX** | Trustee Claim Number:23 INT %: 0.00% | CRED DESC: SECURED CREDITOR |
| C/O JORDAN TAX SVC DELQ CLLCTR | Court Claim Number:9 | ACCOUNT NO.: 90D1 |
| 102 RAHWAY RD | | |
| | CLAIM: 606.00 | |
| MCMURRAY, PA 15317 | COMMENT: 490-D-1*CL9GOV*TTL2177.33@10%/PL*NON-INT*S. FAYETTE TWP+SD/SCH*15-18*I | |

| | | |
|---|---|---|
| **SOUTH FAYETTE TWP - R/E TAX** | Trustee Claim Number:24 INT %: 10.00% | CRED DESC: SECURED CREDITOR |
| C/O JORDAN TAX SVC DELQ CLLCTR | Court Claim Number:9 | ACCOUNT NO.: 5M10 |
| 102 RAHWAY RD | | |
| | CLAIM: 287.49 | |
| MCMURRAY, PA 15317 | COMMENT: 325-M-10*CL9GOV*TTL2177.33@10%/PL*NT/SCH*WNTS 10%*16-18*W/25 | |

| | | |
|---|---|---|
| **SOUTH FAYETTE TWP - R/E TAX** | Trustee Claim Number:25 INT %: 0.00% | CRED DESC: SECURED CREDITOR |
| C/O JORDAN TAX SVC DELQ CLLCTR | Court Claim Number:9 | ACCOUNT NO.: 5M10 |
| 102 RAHWAY RD | | |
| | CLAIM: 305.88 | |
| MCMURRAY, PA 15317 | COMMENT: 325-M-10*CL9GOV*TTL2177.33@10%/PL*NT/SCH*NON-INT*16-18*W/24 | |

| | | |
|---|---|---|
| **SOUTH FAYETTE TWP - R/E TAX** | Trustee Claim Number:26 INT %: 10.00% | CRED DESC: SECURED CREDITOR |
| C/O JORDAN TAX SVC DELQ CLLCTR | Court Claim Number:9 | ACCOUNT NO.: 5M11 |
| 102 RAHWAY RD | | |
| | CLAIM: 23.28 | |
| MCMURRAY, PA 15317 | COMMENT: 325-M-11*CL9GOV*TTL2177.33@10%/PL*NT/SCH*WNTS 10%*16-18*W/27 | |

| | | |
|---|---|---|
| **SOUTH FAYETTE TWP - R/E TAX** | Trustee Claim Number:27 INT %: 0.00% | CRED DESC: SECURED CREDITOR |
| C/O JORDAN TAX SVC DELQ CLLCTR | Court Claim Number:9 | ACCOUNT NO.: 5M11 |
| 102 RAHWAY RD | | |
| | CLAIM: 90.69 | |
| MCMURRAY, PA 15317 | COMMENT: 325-M-11*CL9GOV*TTL2177.33@10%/PL*NT/SCH*NON-INT*16-18*W/26 | |

| | | |
|---|---|---|
| **COUNTY OF ALLEGHENY (RE TAX)*** | Trustee Claim Number:28 INT %: 12.00% | CRED DESC: SECURED CREDITOR |
| C/O JORDAN TAX SVC-CUR/DLNQ CLCTR | Court Claim Number:5-2 | ACCOUNT NO.: N240 |
| POB 200 | | |
| | CLAIM: 0.00 | |
| BETHEL PARK, PA 15102 | COMMENT: CL5-1 GOV*255-N-240*NT/SCH-PL*WNTS 12%*19-20/CL*W/29*SOLD*$0/AMD CL | |

| | | |
|---|---|---|
| **COUNTY OF ALLEGHENY (RE TAX)*** | Trustee Claim Number:29 INT %: 0.00% | CRED DESC: SECURED CREDITOR |
| C/O JORDAN TAX SVC-CUR/DLNQ CLCTR | Court Claim Number:5-2 | ACCOUNT NO.: N240 |
| POB 200 | | |
| | CLAIM: 0.00 | |
| BETHEL PARK, PA 15102 | COMMENT: CL5-1 GOV*255-N-240*NT/SCH-PL*NON-INT%*19-20/CL*W/28*SOLD*$0/AMD CL | |

| | | |
|---|---|---|
| **COUNTY OF ALLEGHENY (RE TAX)*** | Trustee Claim Number:30 INT %: 12.00% | CRED DESC: SECURED CREDITOR |
| C/O JORDAN TAX SVC-CUR/DLNQ CLCTR | Court Claim Number:5-2 | ACCOUNT NO.: 90D1 |
| POB 200 | | |
| | CLAIM: 694.36 | |
| BETHEL PARK, PA 15102 | COMMENT: 490-D-1*CL5-1GOV*/PL*NT/SCH*WNTS 12%*17-20/CL*W/31*AMD | |

CLAIM RECORDS

| | | |
|---|---|---|
| **COUNTY OF ALLEGHENY (RE TAX)*** | Trustee Claim Number:31 INT %: 0.00% | CRED DESC: SECURED CREDITOR |
| C/O JORDAN TAX SVC-CUR/DLNQ CLCTR | Court Claim Number:5-2 | ACCOUNT NO.: 90D1 |
| POB 200 | | |
| | CLAIM: 395.65 | |
| BETHEL PARK, PA 15102 | COMMENT: 490-D-1*CL5-1 GOV*NT PROV/PL*NT/SCH*NON-INT%*17-20/CL*W/30*AMD | |
| **COUNTY OF ALLEGHENY (RE TAX)*** | Trustee Claim Number:32 INT %: 12.00% | CRED DESC: SECURED CREDITOR |
| C/O JORDAN TAX SVC-CUR/DLNQ CLCTR | Court Claim Number:5-2 | ACCOUNT NO.: 5M10 |
| POB 200 | | |
| | CLAIM: 297.99 | |
| BETHEL PARK, PA 15102 | COMMENT: 325-M-10*CL5-1GOV*NT PROV/PL*NT/SCH*WNTS 12%*18-20/CL*W/33*AMD | |
| **COUNTY OF ALLEGHENY (RE TAX)*** | Trustee Claim Number:33 INT %: 0.00% | CRED DESC: SECURED CREDITOR |
| C/O JORDAN TAX SVC-CUR/DLNQ CLCTR | Court Claim Number:5-2 | ACCOUNT NO.: 5M10 |
| POB 200 | | |
| | CLAIM: 154.52 | |
| BETHEL PARK, PA 15102 | COMMENT: 325-M-10*CL5-1GOV*NT PROV/PL*NT/SCH*NON-INT*18-20/CL*W/32*AMD | |
| **COUNTY OF ALLEGHENY (RE TAX)*** | Trustee Claim Number:34 INT %: 12.00% | CRED DESC: SECURED CREDITOR |
| C/O JORDAN TAX SVC-CUR/DLNQ CLCTR | Court Claim Number:5-2 | ACCOUNT NO.: 5M11 |
| POB 200 | | |
| | CLAIM: 24.12 | |
| BETHEL PARK, PA 15102 | COMMENT: 325-M-11*CL5-1GOV*NT PROV/PL*NT/SCH*WNTS 12%*18-20/CL*W/35*AMD | |
| **COUNTY OF ALLEGHENY (RE TAX)*** | Trustee Claim Number:35 INT %: 0.00% | CRED DESC: SECURED CREDITOR |
| C/O JORDAN TAX SVC-CUR/DLNQ CLCTR | Court Claim Number:5-2 | ACCOUNT NO.: 5M11 |
| POB 200 | | |
| | CLAIM: 77.53 | |
| BETHEL PARK, PA 15102 | COMMENT: 325-M-11*CL5-1GOV*NT PROV/PL*NT/SCH*NON-INT*18-20/CL*W34*AMD | |
| **BOROUGH OF BRIDGEVILLE (SWG)** | Trustee Claim Number:36 INT %: 10.00% | CRED DESC: SECURED CREDITOR |
| C/O JORDAN TAX SVC - DLNQ CLLCTR | Court Claim Number:6-2 | ACCOUNT NO.: N242 |
| 102 RAHWAY RD | | |
| | CLAIM: 0.00 | |
| MCMURRAY, PA 15317 | COMMENT: 255-N-242*CL6 GOV*NT/SCH-PL*WNTS 10%*W/37,38*AMD CL=$0 | |
| **BOROUGH OF BRIDGEVILLE (SWG)** | Trustee Claim Number:37 INT %: 0.00% | CRED DESC: SECURED CREDITOR |
| C/O JORDAN TAX SVC - DLNQ CLLCTR | Court Claim Number:6-2 | ACCOUNT NO.: N240 |
| 102 RAHWAY RD | | |
| | CLAIM: 0.00 | |
| MCMURRAY, PA 15317 | COMMENT: SOLD*255-N-240*CL6 GOV*NT/SCH-PL*W/38,36*AMD CL=$0 | |
| **BOROUGH OF BRIDGEVILLE (SWG)** | Trustee Claim Number:38 INT %: 0.00% | CRED DESC: SECURED CREDITOR |
| C/O JORDAN TAX SVC - DLNQ CLLCTR | Court Claim Number:6-2 | ACCOUNT NO.: N240 |
| 102 RAHWAY RD | | |
| | CLAIM: 0.00 | |
| MCMURRAY, PA 15317 | COMMENT: SOLD*255-N-240*CL6GOV*NT/SCH-PL*NON-INT*W/37,36*AMD CL=$0 | |
| **CHARTIERS VALLEY SD (BRIDGEVILLE) (RE)** | Trustee Claim Number:39 INT %: 10.00% | CRED DESC: SECURED CREDITOR |
| C/O JORDAN TAX SERVICE INC - DLNQ CLLCTR | Court Claim Number:7-2 | ACCOUNT NO.: N240 |
| 102 RAHWAY RD | | |
| | CLAIM: 0.00 | |
| MCMURRAY, PA 15317 | COMMENT: SOLD*2525-N-240*NT/SCH-PL*WNTS 10%*19/CL*W/40*AMD CL=$0 | |
| **CHARTIERS VALLEY SD (BRIDGEVILLE) (RE)** | Trustee Claim Number:40 INT %: 0.00% | CRED DESC: SECURED CREDITOR |
| C/O JORDAN TAX SERVICE INC - DLNQ CLLCTR | Court Claim Number:7-2 | ACCOUNT NO.: N240 |
| 102 RAHWAY RD | | |
| | CLAIM: 0.00 | |
| MCMURRAY, PA 15317 | COMMENT: SOLD*2525-N-240*NT/SCH-PL*NON-INT*19/CL*W/40*AMD CL=$0 | |

**CLAIM RECORDS**

**SOUTH FAYETTE SD (S FAYETTE TWP) (RE)**
C/O JORDAN TAX SVC INC - DLNQ YRS
102 RAHWAY RD
MCMURRAY, PA 15310
Trustee Claim Number:41 INT %: 10.00%
Court Claim Number:8
CLAIM: 4,905.11
COMMENT: 490-D-1*CL8GOV*TTL 7316.23@10%/PL*TWP+SD/SCH@CID 9*WNTS 10%*13,15-18*
CRED DESC: SECURED CREDITOR
ACCOUNT NO.: 90D1

**SOUTH FAYETTE SD (S FAYETTE TWP) (RE)**
C/O JORDAN TAX SVC INC - DLNQ YRS
102 RAHWAY RD
MCMURRAY, PA 15310
Trustee Claim Number:42 INT %: 0.00%
Court Claim Number:8
CLAIM: 2,711.83
COMMENT: 490-D-1*CL8GOV*TTL 4092.96@0%/PL*TWP+SD/SCH@CID 9*NON-INT*13,15-18*BEI
CRED DESC: SECURED CREDITOR
ACCOUNT NO.: 90D1

**SOUTH FAYETTE SD (S FAYETTE TWP) (RE)**
C/O JORDAN TAX SVC INC - DLNQ YRS
102 RAHWAY RD
MCMURRAY, PA 15310
Trustee Claim Number:43 INT %: 10.00%
Court Claim Number:8
CLAIM: 2,230.55
COMMENT: 325-M-10*CL8GOV*TTL 7316.23@10%/PL*NT/SCH*WNTS 10%*15-18/CL*W/44
CRED DESC: SECURED CREDITOR
ACCOUNT NO.: 5M10

**SOUTH FAYETTE SD (S FAYETTE TWP) (RE)**
C/O JORDAN TAX SVC INC - DLNQ YRS
102 RAHWAY RD
MCMURRAY, PA 15310
Trustee Claim Number:44 INT %: 0.00%
Court Claim Number:8
CLAIM: 1,213.89
COMMENT: 325-M-10*CL8GOV*TTL 4092.96@0%/PL*NT/SCH*NON*15-18/CL*W/43
CRED DESC: SECURED CREDITOR
ACCOUNT NO.: 5M10

**SOUTH FAYETTE SD (S FAYETTE TWP) (RE)**
C/O JORDAN TAX SVC INC - DLNQ YRS
102 RAHWAY RD
MCMURRAY, PA 15310
Trustee Claim Number:45 INT %: 10.00%
Court Claim Number:8
CLAIM: 180.57
COMMENT: 325-M-11*CL8GOV*TTL 7316.23@10%/PL*NT/SCH*WNTS 10%*15-18/CL*W/44
CRED DESC: SECURED CREDITOR
ACCOUNT NO.: 5M11

**SOUTH FAYETTE SD (S FAYETTE TWP) (RE)**
C/O JORDAN TAX SVC INC - DLNQ YRS
102 RAHWAY RD
MCMURRAY, PA 15310
Trustee Claim Number:46 INT %: 0.00%
Court Claim Number:8
CLAIM: 167.24
COMMENT: 325-M-11*CL8GOV*TTL 4092.96@0%/PL*NT/SCH*NON-INT*15-18/CL*W/45
CRED DESC: SECURED CREDITOR
ACCOUNT NO.: 5M11

**SHAPIRO & DENARDO LLC***
3600 HORIZON DR STE 150
KING OF PRUSSIA, PA 19406
Trustee Claim Number:47 INT %: 0.00%
Court Claim Number:
CLAIM: 0.00
COMMENT: NATIONSTAR dba MR COOPER~SVCR NEW RESIDENTIAL/PRAE
CRED DESC: NOTICE ONLY
ACCOUNT NO.:

**NEW RESIDENTIAL MORTGAGE LOAN TRUST 2**
C/O NATIONSTAR MORTGAGE LLC
PO BOX 619094
DALLAS, TX 75261-9741
Trustee Claim Number:48 INT %: 0.00%
Court Claim Number:03
CLAIM: 0.00
COMMENT: LMP DENIED
CRED DESC: MORTGAGE REGULAR PAYMEI
ACCOUNT NO.: 3887

**KML LAW GROUP PC***
701 MARKET ST STE 5000
PHILADELPHIA, PA 19106
Trustee Claim Number:49 INT %: 0.00%
Court Claim Number:
CLAIM: 0.00
COMMENT: NEW RESIDENTIAL/PRAE
CRED DESC: NOTICE ONLY
ACCOUNT NO.:

**SELECT PORTFOLIO SERVICING****
BANKRUPTCY NOTICES**
POB 65250
SALT LAKE CITY, UT 84165
Trustee Claim Number:50 INT %: 0.00%
Court Claim Number:
CLAIM: 0.00
COMMENT: 0255-N-00242*$@10%/PL*NT/SCH*INCORRECT CRED??*DKT!!*REMOVED/PAP
CRED DESC: SECURED CREDITOR
ACCOUNT NO.: N242