# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Fred Ayres, III, | Bankruptcy Case No. 20-20296-CMB |
| Debtor. | Chapter 13 |
| Fred Ayres, III, | |
| Movant, | Document No.: 115 |
| | Related to Document No.: 114 |
| v. | |
| | Related to Claim No.: 3 |
| New Residential Mortgage Loan, Trust 2017-3, | |
| Respondent. | |

## CERTIFICATE OF SERVICE

I, Kristen Finke, Paralegal, hereby certify that a copy of Declaration of Sufficient Plan Funding was served by First Class U.S. mail postage prepaid and/or electronic correspondence on January 12 2022, on the parties listed below.

| | |
|---|---|
| Nationstar Mortgage LLC d/b/a Mr. Cooper<br>ATTN: Bankruptcy Dept.<br>P.O. Box 619096<br>Dallas, TX 75261-9741 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 |
| Maria D. Miksich, Esquire<br>KML Law Group, P.C.<br>701 Market Street Suite 5000<br>Philadelphia, PA 19106 | Office of the United States Trustee<br>Liberty Center<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222 |

Dated: January 12, 2022

/s/ Kristen Finke
Kristen Finke, Paralegal
Thompson Law Group, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
kfinke@thompsonattorney.com