**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Fred Ayres, III, | : | Bankruptcy No. 20-20296-CMB |
| | : | |
| Debtor. | : | |
| _____ | : | Chapter 13 |
| Fred Ayres, III, | : | |
| | : | Document No. |
| Movant, | : | |
| | : | Related to Document No.  119 |
| v. | : | |
| | : | |
| No Respondents | : | |
| | : | |
| Respondent. | : | |

### CONSENT ORDER APPROVING POST-PETITION AUTOMOBILE FINANCING

This matter comes before the Court upon the Motion for Post-Petition Financing at Docket No.  119 . upon the foregoing, and for good cause show, it is here by **ORDERED, ADJUDGED,** and **DECREED** that:

1.    The Motion at Docket No.  119  is **GRANTED** as provided by the terms of this *Order*. Debtor(s) is/are authorized to obtain secured financing for the purchase of a replacement vehicle on the following terms:

(a) the total amount of financing **shall not exceed $22,670.26**; and

(b) the monthly payments made under the financing agreement **shall not exceed $441.60.**

(c) The debtor is authorized to trade in their current vehicle, a 2006 Chevrolet Malibu, if a trade in offer is sufficient to generate positive equity to be applied to the purchase contemplated in this order.

(d)  Because Debtor's chapter 13 plan is nearing completion, the debtor shall make payments directly to the lender for the purchase of the vehicle and the payments will not be included in the Debtor's chapter 13 plan.

2.    To the extent the Debtor secures financing for the purchase of a new vehicle, such payments **shall be made directly by Debtor**. Within **30 DAYS** OF SECURING SUCH FINANCING, Debtor shall file:

(a) a report of financing {Including details of the automobile trade-in or sale, if applicable].

   3.     Debtor shall serve copies of this *Order* on all creditors eligible to receive distributions through the Chapter 13 Plan and file proof of the same with the Court.

Prepared by: Brian C. Thompson, Esquire

Dated:

_____
United States Bankruptcy Judge

Case Administrator to Mail to:
Debtor

FILED
7/11/23 2:33 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Fred Ayres, III
    Debtor

Case No. 20-20296-CMB
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 11, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Fred Ayres, III, 344 Church Street, Bridgeville, PA 15017-1809 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2023      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor U.S. Bank National Association  as indenture trustee, for the holders of the CIM Trust 2017-3, Mortgage-Backed Notes, Series 2017-3 bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor New Residential Mortgage Loan Trust 2017-3 bnicholas@kmllawgroup.com |
| Brian C. Thompson | on behalf of Debtor Fred Ayres  III bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jbeers@thompsonattorney.com;kfinke@thompsonattorney.com; mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Charles Griffin Wohlrab | on behalf of Creditor New Residential Mortgage Loan Trust 2017-3 cwohlrab@ecf.courtdrive.com  cwohlrab@ecf.courtdrive.com |
| Christopher A. DeNardo | on behalf of Creditor New Residential Mortgage Loan Trust 2017-3 logsecf@logs.com |

David Neeren
on behalf of Creditor New Residential Mortgage Loan Trust 2017-3 dneeren@rasnj.com

Jeffrey R. Hunt
on behalf of Creditor County of Allegheny jhunt@grblaw.com

Jeffrey R. Hunt
on behalf of Creditor Township of South Fayette jhunt@grblaw.com

Jeffrey R. Hunt
on behalf of Creditor Borough of Bridgeville jhunt@grblaw.com

Jeffrey R. Hunt
on behalf of Creditor South Fayette School District jhunt@grblaw.com

Jeffrey R. Hunt
on behalf of Creditor Chartiers Valley School District jhunt@grblaw.com

Maria Miksich
on behalf of Creditor U.S. Bank National Association  as indenture trustee, for the holders of the CIM Trust 2017-3, Mortgage-Backed Notes, Series 2017-3 mmiksich@kmllawgroup.com

Michael John Clark
on behalf of Creditor New Residential Mortgage Loan Trust 2017-3 mclark@squirelaw.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

Sindi Mncina
on behalf of Creditor New Residential Mortgage Loan Trust 2017-3 smncina@rascrane.com


TOTAL: 17