**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    FRED AYRES, III

                  Case No. 20-20296CMB

          Debtor(s)            Chapter 13

  Ronda J. Winnecour          Document No.____

          Movant

      vs.

NEW RESIDENTIAL MORTGAGE LOAN TRUST
2017-3

          Respondent(s)

INTERIM NOTICE OF CURE OF ARREARS

       Chapter 13 Trustee Ronda J. Winnecour  gives notice to the holder(s) of claims secured by a security interest in the debtor's principal residence, i.e. the Respondent(s) named above, that the amount required to cure the **prepetition** default has been paid in full.  This notice does not replace the notice required by Bankruptcy Rule 3002.1(f), which will be filed and served by the Trustee after the debtors have completed all payments required under the plan.

       The holders of a claim secured by a security interest in the debtor's principal residence are requested to notify the debtor, debtor's counsel and the Trustee if the creditor does not agree that the debtor has paid in full the amount required to cure the **prepetition** default on the claim. The statement should itemize the required cure, excluding postpetition amounts due, if any, that the holder contends remain unpaid as of the date of the statement.

Trustee Record Number - 20
Court Claim Number - 3

                        /s/   Ronda J. Winnecour

    8/9/2023                   RONDA J WINNECOUR PA ID #30399
                            CHAPTER 13 TRUSTEE WD PA
                            600 GRANT STREET
                            SUITE 3250 US STEEL TWR
                            PITTSBURGH, PA  15219
                            (412) 471-5566
                            cmecf@chapter13trusteewdpa.com

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    FRED AYRES, III

|  |  |
|---|---|
| Debtor(s) | Case No.:20-20296CMB |
|  | Chapter 13 |
| Ronda J. Winnecour | Document No.____ |
| Movant |  |
| vs. |  |
| NEW RESIDENTIAL MORTGAGE LOAN TRUST 2017-3 |  |
| Respondent(s) |  |

**CERTIFICATE OF SERVICE**

    I hereby certify that on the date shown below, I served a true and correct copy of Interim Notice of Cure of Arrears upon the following, by regular United States mail, postage prepaid, addressed as follows:

---

FRED AYRES, III, 344 CHURCH STREET, BRIDGEVILLE, PA  15017

BRIAN C THOMPSON ESQ(*), THOMPSON LAW GROUP PC, 125 WARRENDALE-BAYNE ROAD, WARRENDALE, PA  15086

NEW RESIDENTIAL MORTGAGE LOAN TRUST 2017-3, C/O NATIONSTAR MORTGAGE LLC, PO BOX 619094, DALLAS, TX  75261-9741

NATIONSTAR MORTGAGE LLC D/B/A MR COOPER**, ATTN BANKRUPTCY NOTICING, PO BOX 619096, DALLAS, TX  75261-9741

ROBERTSON ANSCHUTZ SCHNEID CRANE & PARTNERS PLLC, 130 CLINTON RD #202, FAIRFIELD, NJ  07004

---

08/09/2023

/s/ Roberta Saunier
Administrative Assistant
Office of the Chapter 13 Trustee
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com