# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : Case No.: **20-20296** |
| **Fred Ayres, III** | : **Chapter 13** |
| | : **Judge Carlota M. Bohm** |
| **Debtor(s)** | : * * * * * * * * * * * * * * * * * * |
| | : |
| **New Residential Mortgage Loan Trust 2017-3** | : **Related Document #** |
| | : |
| **Movant,** | : |
| | : |

**No Respondent(s).**

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for New Residential Mortgage Loan Trust 2017-3, its successor and assigns ("Creditor") in the above referenced case.

Please send all notices issued in this case to the undersigned at the address below.

                                        Respectfully submitted,

                                        /s/ Alyk L. Oflazian
                                        Alyk L. Oflazian, Esquire (312912)
                                        Adam B. Hall (323867)
                                        Stephen R. Franks (0075345)
                                        Manley Deas Kochalski LLC
                                        P.O. Box 165028
                                        Columbus, OH  43216-5028
                                        Telephone: 614-220-5611
                                        Fax: 614-627-8181
                                        Attorneys for Creditor
                                        The case attorney for this file is Alyk L. Oflazian.
                                        Contact email is ALOflazian@manleydeas.com

23-029106_PS

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : **Case No.: 20-20296** |
| **Fred Ayres, III** | : **Chapter 13** |
| | : **Judge Carlota M. Bohm** |
| **Debtor(s)** | : * * * * * * * * * * * * * * * * * * |
| | : |
| **New Residential Mortgage Loan Trust 2017-3** | : **Related Document #** |
| | : |
| **Movant,** | : |
| | : |

**No Respondent(s).**

## CERTIFICATE OF SERVICE OF NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on November 28, 2023.

Service by ECF:
Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Ronda J. Winnecour, Chapter 13 Trustee, cmecf@chapter13trusteewdpa.com

Brian C. Thompson, Attorney for Fred Ayres, III, bthompson@ThompsonAttorney.com

Service by First-Class Mail:
Fred Ayres, III, 344 Church St, Bridgeville, PA 15017

EXECUTED ON: November 28, 2023

By: /s/ Alyk L. Oflazian
Signature
Alyk L. Oflazian, Esquire
Typed Name
P.O. Box 165028, Columbus, OH 43216-5028
Address
614-220-5611
Phone No.
312912
List Bar I.D. and State of Admission

23-029106_PS