**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 20-20296-CMB |
| | ) | |
| Fred Ayres, III, | ) | Chapter 13 |
| | ) | |
| Debtors. | ) | Document No. 129 |
| | ) | |
| Thompson Law Group, P.C., | ) | Related to Document No. 126, 127 |
| | ) | |
| Applicant, | ) | **Hearing date and time:** |
| vs. | ) | January 9, 2024, at 1:30 p.m. |
| | ) | |
| No Respondent. | ) | |

**CERTIFICATION OF NO OBJECTION REGARDING**
**APPLICATION FOR COMPENSTATION AND REIMBURSEMENT OF EXPENSES**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application filed on December 7, 2023, at Document No. 126 have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objections appear thereon. Pursuant to the Notice of Hearing and Response Deadline at Document No. 127, Objections were to be filed and served no later than December 24, 2023.

It is hereby respectfully requested that the Proposed Order filed as an Exhibit attached to Application recorded at Document No. 126 be entered by the Court.

Date: <u>December 26, 2023</u>         /s/ Brian C. Thompson
                                       Brian C. Thompson, Esquire
                                       Attorney for Debtor
                                       PA ID No. 91197
                                       THOMPSON LAW GROUP, P.C.
                                       125 Warrendale Bayne Road, Suite 200
                                       Warrendale, PA 15086
                                       (724) 799-8404 Telephone
                                       (724) 799-8409 Facsimile
                                       bthompson@thompsonattorney.com