# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Bankruptcy No. 20-20296-CMB |
| Fred Ayres, III, | Chapter 13 |
| Debtor. | Document No. |
| Thompson Law Group, P.C., | Related to Document No. 126 |
| Applicant, | **Hearing date and time:** |
| vs. | January 9, 2024 at 1:30 p.m. |
| No Respondent. | **ENTERED BY DEFAULT** |

## ORDER OF COURT

AND NOW, the **FINAL APPLICATION OF THOMPSON LAW GROUP, P.C. FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE DEBTOR** is approved for the total amount of **$3,220.48** for services rendered on behalf of the Debtor for the period between June 2, 2021 through December 7, 2023, which represents $3,180.00 in attorney fees and $40.48 in costs.

Date: December 27, 2023

_____
U.S. Bankruptcy Court Judge    **dmr**

Additional fees may be paid through the Chapter 13 plan provided that debtor(s) amend the plan within 14 days after the application for fees is allowed to increase the plan payment sufficiently to include those fees. The fees must be paid from debtor(s) resources without decreasing the percentage or amount to be paid to other creditors through the plan.

FILED
12/27/23 4:09 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-20296-CMB |
| Fred Ayres, III | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Dec 27, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Fred Ayres, III, 344 Church Street, Bridgeville, PA 15017-1809 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2023         Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor New Residential Mortgage Loan Trust 2017-3 amps@manleydeas.com |
| Alyk L Oflazian | on behalf of Creditor New Residential Mortgage Loan Trust 2017-3 amps@manleydeas.com |
| Brian Nicholas | on behalf of Creditor U.S. Bank National Association  as indenture trustee, for the holders of the CIM Trust 2017-3, Mortgage-Backed Notes, Series 2017-3 bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor New Residential Mortgage Loan Trust 2017-3 bnicholas@kmllawgroup.com |
| Brian C. Thompson | on behalf of Debtor Fred Ayres  III bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 27, 2023 | Form ID: pdf900 | Total Noticed: 1 |

Charles Griffin Wohlrab
    on behalf of Creditor New Residential Mortgage Loan Trust 2017-3 bkecf@friedmanvartolo.com cwohlrab@ecf.courtdrive.com

Christopher A. DeNardo
    on behalf of Creditor New Residential Mortgage Loan Trust 2017-3 logsecf@logs.com

David Neeren
    on behalf of Creditor New Residential Mortgage Loan Trust 2017-3 dneeren@rasnj.com

Jeffrey R. Hunt
    on behalf of Creditor County of Allegheny jhunt@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor Township of South Fayette jhunt@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor Borough of Bridgeville jhunt@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor South Fayette School District jhunt@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor Chartiers Valley School District jhunt@grblaw.com

Maria Miksich
    on behalf of Creditor U.S. Bank National Association as indenture trustee, for the holders of the CIM Trust 2017-3, Mortgage-Backed Notes, Series 2017-3 mmiksich@kmllawgroup.com

Michael John Clark
    on behalf of Creditor New Residential Mortgage Loan Trust 2017-3 mclark@squirelaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

Sindi Mncina
    on behalf of Creditor New Residential Mortgage Loan Trust 2017-3 smncina@raslg.com

TOTAL: 19