**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re:  Fred Ayres, III, | : | Bankruptcy Case No. 20-20296-CMB |
| | : | |
| Debtor. | : | Chapter 13 |
| | : | |
| Fred Ayres, III, | : | |
| | : | Document No.: 132 |
| Movant, | : | |
| | : | Related to Document No.: |
| v. | : | |
| | : | Related to Claim No.: 3 |
| New Residential Mortgage Loan, Trust 2017-3, | : | |
| | : | |
| Respondent. | : | |

## DEBTOR'S DECLARATION OF SUFFICIENT PLAN FUNDING

Pursuant with the Notice of Mortgage Payment Change filed on December 21, 2023, after reasonable investigation and upon review of the existing Chapter 13 Plan, it appears to Debtor that the Plan is sufficiently funded even with the proposed change for February 28, 2024.

The new post-petition monthly payment payable to Respondent is $437.73, effective February 28, 2024, per the notice dated December 21, 2023.  The Debtor's current Plan remains sufficient.

Respectfully Submitted,

Date:  January 5, 2024                    /s/Brian C. Thompson

Brian C. Thompson, Esquire
Attorney for Debtor
PA I.D. # 91197
Thompson Law Group, P.C.
301 Smith Drive, Suite 6
Cranberry Township, PA 16066
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com