**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re:  Fred Ayres, III, | : | Bankruptcy Case No. 20-20296-CMB |
| | : | |
| Debtor. | : | Chapter 13 |
| | : | |
| Fred Ayres, III, | : | |
| | : | Document No.: 133 |
| Movant, | : | |
| | : | Related to Document No.: 132 |
| v. | : | |
| | : | Related to Claim No.: 3 |
| New Residential Mortgage Loan, Trust 2017-3, | : | |
| | : | |
| Respondent. | : | |

**CERTIFICATE OF SERVICE**

    I, Maya Rowe, Paralegal, hereby certify that a copy of the Declaration of Sufficient Plan Funding at Document No. 132 was served by First Class U.S. mail postage prepaid and/or electronic correspondence on January 5, 2024, on the parties listed below.

Nationstar Mortgage LLC d/b/a Mr. Cooper
ATTN: Bankruptcy Dept.
P.O. Box 619096
Dallas, TX 75261-9741

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Maria D. Miksich, Esquire
KML Law Group, P.C.
701 Market Street Suite 5000
Philadelphia, PA 19106

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Dated:  January 5, 2024

/s/ Maya Rowe
Maya Rowe, Paralegal
Thompson Law Group, P.C.
301 Smith Drive, Suite 6
Cranberry Township, PA 16066
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
mrowe@thompsonattorney.com