# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Fred Ayres III                                                                                  CHAPTER 13

                                  Debtor(s)

                                                                                        BKY. NO. 20-20296 CMB

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of New Residential Mortgage Loan Trust 2017-3 and index same on the master mailing list.

Respectfully submitted,

/s/ Denise Carlon
Denise Carlon, Esq. (317226)
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com