IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Fred Ayres, III, | : | Bankruptcy Case No.: 20-20296-CMB |
| Debtor. | : | Chapter 13 |
| Fred Ayres, III, | : | |
| | : | Document No.: |
| Movant, | : | |
| | : | Related to Document No.: 125 |
| v. | : | |
| No Respondents, | : | |
| Respondents. | : | |

**DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is **not** required to pay any Domestic Support Obligations

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On December 6, 2023, at docket number 125, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by Debtor: *Fred Ayres, III*. Debtor carefully examined and understands each of the Bankruptcy Code sections referenced in this Certification.

Dated: February 13, 2024

/s/ ID pASH6cmhxbLHJUub14YTHwQX
Fred Ayres, III, Debtor

Respectfully submitted,

Dated: February 13, 2024

/s/Brian C. Thompson
Brian C. Thompson, Esquire
PA ID: 91197
Thompson Law Group, P.C.
301 Smith Drive, Suite 6
Cranberry Township, PA 16066
(724) 799-8404 Telephone
bthompson@thompsonattorney.com

## eSignature Details

**Signer ID:** **pASH6cmhxbLHJUub14YTHwQX**
Signed by: Fred Ayres, III
Sent to email: threexfred@aol.com
IP Address: 73.154.38.101
Signed at: Feb 13 2024, 3:12 pm EST