**Fill in this information to identify the case**

Debtor 1  Fred Ayres, III

Debtor 2  _____
(Spouse, if filing)

United States Bankruptcy Court for the: WESTERN District of PENNSYLVANIA
(State)

Case number  20-20296

# Form 4100R
## Response to Notice of Final Cure Payment                                          10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1:  Mortgage Information

Name of creditor:  New Residential Mortgage Loan Trust 2017-3

Court claim no. (if known): 3

Last 4 digits of any number you use to identify the debtor's account:  6533

Property address:  344 Church St
                   Number    Street

Bridgeville  PA  15017
City         State   Zip Code

### Part 2:  Prepetition Default Payments

Check one:

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:                                                                                                  $ _____

### Part 3:  Postpetition Mortgage Payment

Check one:

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:      04/28/2024
                                                                 MM/DD/YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.
Creditor asserts that the total amount remaining unpaid as of the date of this response is:

  a.  Total postpetition ongoing payments due:                                          (a) $_____

  b.  Total fees, charges, expenses, escrow, and costs outstanding:                     (b) $_____

  c.  Total. Add lines a and b.                                                         (c) $_____

Creditor asserts that the debtor(s) are contractually
obligated for the postpetition payment(s) that first became due on:   ___/___/___
                                                                       MM/DD/YYYY

23-029106_SJW

Debtor 1 ___Fred Ayres, III___
   First Name  Middle Name  Last Name

Case number (if known) 20-20296

# Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

☐ all payments received;

☐ all fees, costs, escrow, and expenses assessed to the mortgage; and

☐ all amounts the creditor contends remain unpaid.

# Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

Check the appropriate box.

☐ I am the creditor.
☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

X ___/s/Alyk L. Oflazian___   Date ___03/22/2024___
 Signature

Print:   Alyk L. Oflazian   Title ___Attorneys for Creditor___

Company  Manley Deas Kochalski LLC

Address  P.O. Box 165028
    Number  Street

    Columbus, OH  43216-5028
    City  State  ZIP Code

Contact phone  614-220-5611   Email  amps@manleydeas.com

Form 4100R     Response to Notice of Final Cure Payment     page 2

23-029106_SJW

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 20-20296 |
| Fred Ayres, III | : Chapter 13 |
| | : Judge Carlota M. Bohm |
| Debtor(s) | : * * * * * * * * * * * * * * * * * * * |
| | : |
| New Residential Mortgage Loan Trust 2017-3 | : Related Document # |
| | : |
| Movant, | : |
| vs | : |
| | : |
| Fred Ayres, III | : |
| Deborah V. Ayres | : |
| Ronda J. Winnecour | : |
| Respondents. | |

**CERTIFICATE OF SERVICE OF RESPONSE TO NOTICE OF FINAL CURE**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date) __03/22/2024__.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: __first-class mail and electronic notification__.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON: __03/22/2024__

By: __/s/Alyk L. Oflazian__
Signature
__Alyk L. Oflazian, Esquire__
Typed Name
__P.O. Box 165028, Columbus, OH 43216-5028__
Address
__614-220-5611__
Phone No.
__312912__
List Bar I.D. and State of Admission

23-029106_SJW

Alyk L. Oflazian, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

Ronda J. Winnecour, Chapter 13 Trustee, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA 15219, cmecf@chapter13trusteewdpa.com (notified by ecf)

Brian C. Thompson, Attorney for Debtor and/or Co-Debtor, 125 Warrendale Bayne Road, Suite 200, Warrendale, PA 15086, bthompson@ThompsonAttorney.com (notified by ecf)

Fred Ayres, III and Deborah V. Ayres, Debtor and/or Co-Debtor, 344 Church St, Bridgeville, PA 15017 (notified by regular US Mail)

Bridgeville Borough, Party of Interest, 425 Bower Hill road, Bridgeville, PA 15017 (notified by regular US Mail)

Chartier Valley School District, Party of Interest, 2030 Swallow Hill Road, Pittsburgh, PA 15220 (notified by regular US Mail)

PHH Mortgage, Party of Interest, PO Box 5494, Mount Laurel, NJ 08054 (notified by regular US Mail)

Select Portfolio Servicing, Party of Interest, P.O. Box 65250, Salt Lake City, UT 84165 (notified by regular US Mail)

23-029106_SJW