**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> FRED AYRES, III <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Chapter 13 Trustee, <br>         Movant <br>     vs. <br> No Respondents. | Case No.:20-20296 <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

  4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

  1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
  2. Approve the Trustee's Report of Receipts and Disbursements,
  3. Terminate wage attachments,
  4. Revest property of the estate in the debtor(s), and
  5. Enter a final decree and close this case.

March 26, 2024

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 01/27/2020 and confirmed on 6/4/20 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 101,645.61 |
| Less Refunds to Debtor | 6,062.04 | |
| TOTAL AMOUNT OF PLAN FUND | | 95,583.57 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 8,744.71 | |
|   Trustee Fee | 4,659.71 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 13,404.42 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| NEW RESIDENTIAL MORTGAGE LOAN TR | 0.00 | 21,356.72 | 0.00 | 21,356.72 |
|   Acct: 6533 | | | | |
| US BANK NA - INDENTURE TRUSTEE | 5,099.00 | 5,099.00 | 0.00 | 5,099.00 |
|   Acct: 1030 | | | | |
| NEW RESIDENTIAL MORTGAGE LOAN TR | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 3887 | | | | |
| NEW RESIDENTIAL MORTGAGE LOAN TR | 15,644.99 | 15,644.99 | 0.00 | 15,644.99 |
|   Acct: 6533 | | | | |
| US BANK NA - INDENTURE TRUSTEE | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 1030 | | | | |
| BRIDGEVILLE BORO-R/E TAX | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: N242 | | | | |
| CHARTIERS VALLEY SD (BRDGVLLE)RE T | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: N242 | | | | |
| SOUTH FAYETTE TWP - R/E TAX | 630.15 | 630.15 | 168.00 | 798.15 |
|   Acct: 90D1 | | | | |
| SOUTH FAYETTE TWP - R/E TAX | 606.00 | 606.00 | 0.00 | 606.00 |
|   Acct: 90D1 | | | | |
| SOUTH FAYETTE TWP - R/E TAX | 287.49 | 287.49 | 77.83 | 365.32 |
|   Acct: 5M10 | | | | |
| SOUTH FAYETTE TWP - R/E TAX | 305.88 | 305.88 | 0.00 | 305.88 |
|   Acct: 5M10 | | | | |
| SOUTH FAYETTE TWP - R/E TAX | 23.28 | 23.28 | 7.13 | 30.41 |
|   Acct: 5M11 | | | | |
| SOUTH FAYETTE TWP - R/E TAX | 90.69 | 90.69 | 0.00 | 90.69 |
|   Acct: 5M11 | | | | |
| COUNTY OF ALLEGHENY (RE TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: N240 | | | | |
| COUNTY OF ALLEGHENY (RE TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: N240 | | | | |
| COUNTY OF ALLEGHENY (RE TAX)* | 694.36 | 694.36 | 223.15 | 917.51 |
|   Acct: 90D1 | | | | |
| COUNTY OF ALLEGHENY (RE TAX)* | 395.65 | 395.65 | 0.00 | 395.65 |
|   Acct: 90D1 | | | | |
| COUNTY OF ALLEGHENY (RE TAX)* | 297.99 | 297.99 | 96.97 | 394.96 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Secured | | | | | |
| | Acct: 5M10 | | | | |
| | COUNTY OF ALLEGHENY (RE TAX)* | 154.52 | 154.52 | 0.00 | 154.52 |
| | Acct: 5M10 | | | | |
| | COUNTY OF ALLEGHENY (RE TAX)* | 24.12 | 24.12 | 9.06 | 33.18 |
| | Acct: 5M11 | | | | |
| | COUNTY OF ALLEGHENY (RE TAX)* | 77.53 | 77.53 | 0.00 | 77.53 |
| | Acct: 5M11 | | | | |
| | BOROUGH OF BRIDGEVILLE (SWG) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: N242 | | | | |
| | BOROUGH OF BRIDGEVILLE (SWG) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: N240 | | | | |
| | BOROUGH OF BRIDGEVILLE (SWG) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: N240 | | | | |
| | CHARTIERS VALLEY SD (BRIDGEVILLE) (F | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: N240 | | | | |
| | CHARTIERS VALLEY SD (BRIDGEVILLE) (F | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: N240 | | | | |
| | SOUTH FAYETTE SD (S FAYETTE TWP) (R | 4,905.11 | 4,905.11 | 1,308.12 | 6,213.23 |
| | Acct: 90D1 | | | | |
| | SOUTH FAYETTE SD (S FAYETTE TWP) (R | 2,711.83 | 2,711.83 | 0.00 | 2,711.83 |
| | Acct: 90D1 | | | | |
| | SOUTH FAYETTE SD (S FAYETTE TWP) (R | 2,230.55 | 2,230.55 | 594.89 | 2,825.44 |
| | Acct: 5M10 | | | | |
| | SOUTH FAYETTE SD (S FAYETTE TWP) (R | 1,213.89 | 1,213.89 | 0.00 | 1,213.89 |
| | Acct: 5M10 | | | | |
| | SOUTH FAYETTE SD (S FAYETTE TWP) (R | 180.57 | 180.57 | 48.73 | 229.30 |
| | Acct: 5M11 | | | | |
| | SOUTH FAYETTE SD (S FAYETTE TWP) (R | 167.24 | 167.24 | 0.00 | 167.24 |
| | Acct: 5M11 | | | | |
| | SELECT PORTFOLIO SERVICING** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: N242 | | | | |
| | CITIZENS BANK NA | 14,734.63 | 14,734.63 | 894.05 | 15,628.68 |
| | Acct: 2932 | | | | |
| | | | | | 75,260.12 |
| Priority | | | | | |
| | BRIAN C THOMPSON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | FRED AYRES, III | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | FRED AYRES, III | 6,062.04 | 6,062.04 | 0.00 | 0.00 |
| | Acct: | | | | |
| | THOMPSON LAW GROUP PC | 3,250.00 | 3,250.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | THOMPSON LAW GROUP PC | 2,274.23 | 2,274.23 | 0.00 | 0.00 |
| | Acct: XXXXXXXXXXXXXXXXXXXXXXX1/21 | | | | |
| | THOMPSON LAW GROUP PC | 3,220.48 | 3,220.48 | 0.00 | 0.00 |
| | Acct: XXXXXXXXXXXXXXXXXXXXXXXX7/23 | | | | |
| | ***NONE*** | | | | |
| Unsecured | | | | | |
| | ALLEGHENY HEALTH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8357 | | | | |
| | MIDLAND CREDIT MANAGEMENT INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1754 | | | | |
| | NEIGHBORS CREDIT UNION VISA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1081 | | | | |
| | NORTHWEST BANK* | 6,919.03 | 6,919.03 | 0.00 | 6,919.03 |
| | Acct: 1280 | | | | |
| | GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ROBERTSON ANSCHUTZ SCHNEID ET AL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | NATIONSTAR MORTGAGE LLC D/B/A MR C | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | NEW RESIDENTIAL MORTGAGE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ROBERTSON ANSCHULTZ SCHNEID ET A | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | DEBORAH AYRES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | GRB LAW | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | LOGS LEGAL GROUP LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | NORTHWEST BANK* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | | |
| | | | | | 6,919.03 |

| | | | |
|---|---|---|---:|
| **TOTAL PAID TO CREDITORS** | | | 82,179.15 |

| TOTAL CLAIMED | |
|---|---:|
| PRIORITY | 0.00 |
| SECURED | 50,475.47 |
| UNSECURED | 6,919.03 |

Date: 03/26/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
　　FRED AYRES, III

　　　　　　Debtor(s)

　　Ronda J. Winnecour
　　　　　　Movant
　　　　vs.
　　No Repondents.

Case No.:20-20296

Chapter 13

Document No.:

ORDER OF COURT

　AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　　(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　　(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　　(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　　(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　　(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　　(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-20296-CMB |
| Fred Ayres, III | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Mar 27, 2024 | Form ID: pdf900 | Total Noticed: 32 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^           Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#          Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Fred Ayres, III, 344 Church Street, Bridgeville, PA 15017-1809 |
| cr | + | Borough of Bridgeville, GRB Law, 437 Grant Street 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES OF AMERICA 15219-6101 |
| 15229304 | + | Borough of Bridgeville, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh PA 15219-6101 |
| 15189922 | + | Bridgeville Borough, 425 Bower Hill road, Bridgeville, PA 15017-2379 |
| 15189923 | + | Chartier Valley School District, 2030 Swallow Hill Road, Pittsburgh, PA 15220-1699 |
| 15189929 | + | PHH Mortgage, PO Box 5459, Mount Laurel, NJ 08054-5459 |
| 15189930 | + | Robert Crawley, Esquire, RAS Citron, LLC, 133 Gaither Drive, Suite F, Mount Laurel, NJ 08054-1710 |
| 15189932 | + | Select Portfolio Servicing, 1123 Parkview Drive, Covina, CA 91724-3765 |
| 15189933 | #+ | South Fayette SD and Township, 515 Millers Run Road, Morgan, PA 15064-9726 |
| 15189935 | + | Visa, PO Box 6818, Carol Stream, IL 60197-6818 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Mar 28 2024 00:28:00 | Chartiers Valley School District, GRB Law, 437 Grant Street 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Email/Text: ebnjts@grblaw.com | Mar 28 2024 00:28:00 | County of Allegheny, GRB Law, 437 Grant Street 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Email/Text: RASEBN@raslg.com | Mar 28 2024 00:28:00 | New Residential Mortgage Loan Trust 2017-3, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Mar 28 2024 00:28:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/Text: ebnjts@grblaw.com | Mar 28 2024 00:28:00 | South Fayette School District, GRB Law, 437 Grant Street 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Email/Text: ebnjts@grblaw.com | Mar 28 2024 00:28:00 | Township of South Fayette, GRB Law, 437 Grant Street 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| 15189921 | ^ | MEBN | Mar 28 2024 00:20:23 | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15198068 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 28 2024 00:27:00 | Citizens Bank N.A, One Citizens Bank Way, JCA115, Johnston, Rhode Island 02919 |

Case 20-20296-CMB  Doc 143  Filed 03/29/24  Entered 03/30/24 00:30:02  Desc
Imaged Certificate of Notice   Page 7 of 8

| District/off: 0315-2 | User: auto | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Mar 27, 2024 | Form ID: pdf900 | Total Noticed: 32 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 15229307 | + | Email/Text: ebnjts@grblaw.com | Mar 28 2024 00:28:00 | Chartiers Valley School District, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15189924 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 28 2024 00:27:00 | Citizens Auto Finance, 480 Jefferson Blvd., Warwick, RI 02886-1359 |
| 15229300 | + | Email/Text: ebnjts@grblaw.com | Mar 28 2024 00:28:00 | County of Allegheny, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15189925 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 28 2024 00:30:00 | Midland Credit Management Inc, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 15189926 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 28 2024 00:28:00 | Mr. Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 15222780 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 28 2024 00:28:00 | NEW RESIDENTIAL MORTGAGE LOAN TRUST 2017-3, NATIONSTAR MORTGAGE LLC DBA MR.COOPER, ATTN: BANKRUPTCY DEPT, PO BOX 619096, DALLAS, TX 75261-9096 |
| 15189927 | + | Email/Text: BKEBN-Notifications@ocwen.com | Mar 28 2024 00:28:00 | New Residential Mortgage, Loan Trust 2017-3, c/o PHH Mortgage Corporation, One Mortgage Way, Mount Laurel, NJ 08054-4637 |
| 15189928 | + | Email/Text: heather.mauro@northwest.com | Mar 28 2024 00:28:00 | Northwest Bank, PO Box 1793, Warren, PA 16365-6793 |
| 15208216 | + | Email/Text: heather.mauro@northwest.com | Mar 28 2024 00:28:00 | Northwest Bank, P.O. Box 337, Warren, PA 16365-0337 |
| 15189931 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 28 2024 00:31:00 | Select Portfolio Servicing, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 15229309 | + | Email/Text: ebnjts@grblaw.com | Mar 28 2024 00:28:00 | South Fayette School District, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15189934 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 28 2024 00:37:27 | Synchrony Bank, PO Box 965005, Orlando, FL 32896-5005 |
| 15229350 | + | Email/Text: ebnjts@grblaw.com | Mar 28 2024 00:28:00 | Township of South Fayette, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15227154 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 28 2024 00:31:00 | U.S. Bank National Association, et al, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | U.S. Bank National Association, as indenture trust |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 29, 2024  Signature:   /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2024 at the address(es) listed below:

**Name** — **Email Address**

Adam Bradley Hall
on behalf of Creditor New Residential Mortgage Loan Trust 2017-3 amps@manleydeas.com

Alyk L Oflazian
on behalf of Creditor New Residential Mortgage Loan Trust 2017-3 amps@manleydeas.com

Brian Nicholas
on behalf of Creditor U.S. Bank National Association as indenture trustee, for the holders of the CIM Trust 2017-3, Mortgage-Backed Notes, Series 2017-3 brian+ecf@briannicholas.com

Brian Nicholas
on behalf of Creditor New Residential Mortgage Loan Trust 2017-3 brian+ecf@briannicholas.com

Brian C. Thompson
on behalf of Debtor Fred Ayres III bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com

Charles Griffin Wohlrab
on behalf of Creditor New Residential Mortgage Loan Trust 2017-3 bkecf@friedmanvartolo.com cwohlrab@ecf.courtdrive.com

Christopher A. DeNardo
on behalf of Creditor New Residential Mortgage Loan Trust 2017-3 logsecf@logs.com

David Neeren
on behalf of Creditor New Residential Mortgage Loan Trust 2017-3 dneeren@rasnj.com

Denise Carlon
on behalf of Creditor New Residential Mortgage Loan Trust 2017-3 dcarlon@kmllawgroup.com

Jeffrey R. Hunt
on behalf of Creditor County of Allegheny jhunt@grblaw.com

Jeffrey R. Hunt
on behalf of Creditor Township of South Fayette jhunt@grblaw.com

Jeffrey R. Hunt
on behalf of Creditor Borough of Bridgeville jhunt@grblaw.com

Jeffrey R. Hunt
on behalf of Creditor South Fayette School District jhunt@grblaw.com

Jeffrey R. Hunt
on behalf of Creditor Chartiers Valley School District jhunt@grblaw.com

Maria Miksich
on behalf of Creditor U.S. Bank National Association as indenture trustee, for the holders of the CIM Trust 2017-3, Mortgage-Backed Notes, Series 2017-3 mmiksich@kmllawgroup.com

Michael John Clark
on behalf of Creditor New Residential Mortgage Loan Trust 2017-3 mclark@squirelaw.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

Sindi Mncina
on behalf of Creditor New Residential Mortgage Loan Trust 2017-3 smncina@raslg.com

TOTAL: 20